

DeAndre Danny Jonte Barnes
full name
Same as above
committed name (if different)
P.O. Box 86164 Terminal Annex
full address including name of institution
Los Angeles C.A 90006
BK# 6559109 NEW / BK#6426721 OLD
Prison Number (if applicable)

**2:24-cv-00183-ODW-DTB**

2024 JAN -8 PM 4:07 FILED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DeAndre Danny Jonte Barnes
                    PLAINTIFF
                VS.

CASE NUMBER

To be supplied by clerk

The State of California of Eureka administration
U.C.C / Jeff Bezos ALPHABET INC
GOOGLE INC J.C CAPE CANAVERAL
Original L.L.C The L.A County Sheriff
Dept Emily J. Cole   Defendant
L.A.P.D Metropolitan GFL-XFL APP Tech
L.L.C The Los Angeles County Sheriff Police Academy and Bureaus   Gov. NEWSOM AND ETC.

CIVIL RIGHTS COMPLAINT
PURSUANT TO   CHECK ONE
☑ 42 U.S.C 1983
☑ BIVENS VS. SIX UNKNOWN AGENTS 403 U.S 388 (1971)

A. PREVIOUSE LAWSUITS

1. Have you brought any other lawsuits in a federal court while in prison? ☑ YES-
☐ NO

2. If your answer is yes, how many? __3__

Describe the lawsuits in space below. (If there's is more than one lawsuits, describe the additional lawsuits in a attached piece of paper using the outline.)
The first lawsuits was AND STILL ON going against the Los Angeles County Sheriff dept. and the city of Los Angeles County for the mishandling of the spread of covid-19 in the Los Angeles County jail and the poor handling of medical care and poor condition, Along with jail custody personnel **trickery in delaying** my grievances and legal mail as a form of weapon to discredit or CAUSE A MAJOR **time** constraight on my lawsuits which the SHERIFF DEPARTMENT LOVE DOING SO MUCH SO I WOULDNT HAVE MY DAY IN COURT AND SUE THERE ILLEGAL CRIMINAL DEPARTMENT. AFTER being relief from this incident and release i wasn't sure i was going to be living with someone that was part of THE SHERIFF DEPARTMENT THAT STOLE MY LEGAL, CORRESPONDENCE ON CASE NUMBER 2:20-CV-9103-ODW-SK I DIDNT KNOW MY BROTHER MAXVIANA GOBY DAVID NAYOLA IN THE DEPARTMENT AND NOW ON THE PRESENT CASE I am current attending in court proceeding CASE THE NUMBER MA084921 IN DEPARTMENT 21 EMILY J. Cole WHERE I got set up for failure by David Nayola AND KIYONIE Nicole Davis ZENIDA Laborit Naldie KENNY RAYMOND LABORIEL, FLORA lupe Rosas, Argelia Colon Sgt Chaves along with people and goverment officials from THE SHERIFF DEPARTMENT AND BUREAUS AND OTHER PEOPLE RELATED OR WORK WITH THESE INDIVIDUALS LIKE ARIN VIANA
The second lawsuits is also against the SHERIFF Department and People from the Bureaus for trying to steal my DEFAMATION along with trying to USE GOVERMENT OFFICIALS AND BUILDING TO STEAL MY propety REAL ESTATES BUSINESS L.L.C PUBLICATION BIG COIN MINERAL OIL LAND AS A TYCOON OWNER OF LAND COMMERCIAL NON-COMMERCIAL RESTRICTED NON RESTRICTED AREAS AND NON ZONE INDUSTRIAL AND NON-INDUSTRIAL AREAS ALONG WITH BUSINESS RESPONSIBLE FOR PLENTY FORTUNE 500 START UP WHICH THEY TRYING TO TAKE MY RIGHTS WITH THIS FALSE FLOOD AND FALSE INPRISONMENT BY GOVERMENT & OFFICIALS.

FACTUAL ARGUEMENT

The people that was mention along with other goverment officials like Sergeant Chaves from L.A. Twin Towers AND Supervisor Sergeant Miss Pimentel and other higher up's and the Los Angeles County Recorder offices in Lancaster committed fraude and treason they also violated the Law of Nature Thus it is a law of nature, that one man should not injure another and murder and fraud would be crimes, INDEPENDENT OF ANY PROHIBITION FROM A SUPREME POWER."

ALSO THE MUNICIPAL COURT VIOLATED MY LIBERTY OF MY FREEDOM TO COMMITT FRAUDE OVER THROW A MONARCHY. THAT RESTRAINT IN A GENERAL SENSE, AND APPLICABLE TO The body, or to the will or mind; the power to act as one think fit, without any restraint to control, except from the laws of nature; freedom of a nation or state from all unjust abridgment of its rights and independence by another nation. The courts in Lancaster Department VIOLATED HER JUDICIAL AND MISUSE HER JURISDICTION TO OVER THROW A MONARCHY & VIOLATE MY SOVERTY AND STEAL MY BRIEF CASES WITH OTHER GOVERMENT OFFICIALS COMPUTER TECH MOGUL JEFF BEZOS, MAX VIANA, LARRY ALAN BARNES FROM DA BUREAUS WHICH VIOLATES THE POWER TO GOVERN, TO MAKE, DECLARE OR apply the law; the territory with in which power can be exercised instead they compromised the goverment and violate the constitution trying and did involuntary servitude treaty me like a slave and put condition on me that violates my innocense to wrong ful treat me like a CRIMINAL AND STEAL MY U.C.C STOCK AND BONDS WITH OTHER INVESTMENT AS IF I WASNT A CITIZEN OF THE UNITED STATES OF AMERICA THAT IS A MISCONDUCT OF JUDICIAL SYSTEM OR COUNCIL TO NOT TO CONFORM TO MORAL AND PROPER PRINCIPLES OF SOCIAL CONDUCT. I AM A VICTIM OF A POISONIOUSE TREE WHICH CALLS FOR A JUDICIAL REVIEW TO LAID AND IMPOSED A burden or penalty for MISCONSTRUCTION MISTAKING THE TRUE Meaning OF DIPLOMATIC POWER IMMUNITY. THAT VIOLATES A LAW THAT IS DISCOVERABLE BY REASON BASED ON RIGHT REASON OF UNIVERSAL APPLICATION AND IS UNCHANGING AND EVER LASTING. NATURAL LAW BRINGS ABOUT COOPERATIVE HARMONY AND IS IN ITS PRINCIPLES; IT IS COMPREHENSIBLE TO THE HUMAN MIND AND PROTECTS

# FACTUAL ARGUEMENTS

Pg SEE OTHER SIDE
P.g 2

HUMAN RIGHTS; IT GUIDES THE CREATION OF ALL MORAL LAWS,
ALSO I AM PRIVILEGED I HAVE THE RIGHT TO MY IMMUNITY
AND SHOULD BE GRANTED THE POWER THE RIGHTS AND AUTHORITIES;
TO INFLUENCE COUNTRIES POWER TO RESERVED TO THE STATE ARE IDENTIFIED
IN THE TENTH AMENDMENT. MY RIGHTS IN CONFORMITY TO THE WILL
OF GOD OR TO HIS LAW, THE PERFECT STANDARD OF TRUTH AND JUSTICE
A POWER, PRIVILEGE, MORALS OR LEGAL CLAIM WHICH CORRECTLY
BELONGS TO A PERSON BY LAW, BY NATURE, OR BY TRADITION; TO CORRECT
A WRONG; TO RESTORE TO NORMAL OR CORRECT CONDITION. NOT ALL
PEOPLE EQUAL ALL PROPERTY IS RULER'S POWER IS FROM TOP DOWN, NO
UNALIENABLE RIGHTS, RULED BY WHIM OF THE RULER, NO FIXED RULE
OF LAW, RULER ISSUES EDICTS THAT ARE LAW, FREEDOM NEVER
CONSIDERED A SOLUTION, IN MY CASE GOVERMENT OFFICIALS COMPUTER
TECH & CELIBERTY ALONG WITH CLASSIFIED INFORMANTS OUR TRYING
TO USURPATION TO OVER THROW ME BY A TYRANNY OF GROUP
COLLECTIVELY OF PEOPLE TO TAKE MY WEALTH OIL PROPERTY OR
EVEN INFLUENCE EVEN HURT MY MINISTRY AND EVEN SO FAR
AS STEALING MY ANNUITY UNWARRANTABLE THAT VIOLATES
MY WELLFARE OF WELL BEING, ALONG WITH PROSPERITY AND
HAPPINESS AND NATIONAL WELL BEING PROMOTED WITH IN RESTRICTIONS
PERMITTED BY OUR CONSTITUTION OR INTERPRETING THE CONSTITUTION
BASED ON ITS LITERAL WORDS MEANING AND INTENTION WHEN
MY FATHER PAST AWAY I AM HIS SUCCESOR THAT WHICH
COMES NEXT; A PERSON WHO FOLLOWS NEXT IN ORDER
TO SUPERSEDE TO TAKE THE PLACE OR MOVE INTO THE POSITION
OF GOVERMENTS BASED ON THE CREED AND DEPENDENCE WHERE I COME
... ... IT POINT TRY TO UNDISTINGUISHED INDIFFERENT I FEEL

# FACTUAL ARGUEMENT

THAT THEY DISCRIMINATING AND BEING BIAS PREDUJVICE & SELECTIVES AS IN WHOSE KNOWN RULE OF WARFARE IS UNDISTINGUISHED THE DESTRUCTION OF ALL AGE SEXES AND CONDITIONS FROM THE DECLARATION OF INDEPENDENCE & EMANCIPATION U.S. Senate SHOULD PROVIDE ADEQUATE & MEANING FUL REPARATIONS FOR THE STATE'S WOEFUL HISTORY OF RACIAL DISCRIMINATION OF RACIAL DISCRIMINATION THAT WE CAN NOT HONOR NOT AS BLACK PEOPLE BUT BRONZE PEOPLE CAUSE WE WAS SELECTIVE & BEAUTIFULY MADE FOR THE STRUGGLE BY OUR CREATOR AND HISTORY VERICIED IT BY WAYS TEST IN TRUTH AND LIVING PROOF! LET ME QUOTE GAVIN NEWSOM LEGISLATION ON 2020 TO CREATE A COMMISSION TO RECOMMEND REPARATIONS FOR BRONZE CALIFORNIANS NEWSOM ALSO DECLARED, OUR PAIN FUL HISTORY FOR SLAVERY HAS EVOLVED INTO STRUCTURAL RACISM AND BIAS BUILT INTO AND PERMEATING THROUGH OUT THERE DEMOCRATIC AND ECONOMIC INSTITUTIONS AND PROMISED, WE WONT TURN FROM THIS MOMENT TO MAKE RIGHT THE DISCRIMINATION AND DISADVANTAGE THAT BLACK & NOW BRONZE CALIFORNIANS AND PEOPLE OF COLOR STILL FACE HOW EVER, AS THE COMMISSION COMPLETED ITS WORK THIS YEAR AND DECLARED THAT SOME VERY HEFTY FINANCIAL PAYMENTS TO DESCENDANTS OF SLAVERY WOULD BE JUSTIFIED, NEWSOM BECAME NON COMMITTAL WHILE PRAISING THE COMMISSION WORK a MILESTONE IN OUR BIPARTISAN EFFORT TO ADVANCE JUSTICE AND PROMOTE HEALING, HE SAID DEALING WITH THAT LEGACY IS ABOUT MUCH MORE THAN CASH PAYMENTS ITS ABOUT THE DYNAMIC AND HAVING A PASSION FOR A QUALITY OF LIFE IN ADDITION IS WHERE MATTERS. HE & MEMBERS OF THE COMMISSION STILL EXPECT REPARATION TO INCLUDE DEFICITS THAT ARE FINELY TO ____

FACTUAL ARGUEMENTS

Pg 3

ANYTHING MORE THAN TOKEN PAYMENTS ARE UNLIKELY. MEAN WHILE A NEW POLL BY UC BERKELEYS INSTITUTE OF GOVERMENTAL STUDIE HAS FOUND SCANT SUPPORT AMONG CALIFORNIANS FOR CASH REPARATIONS, EVEN AS THEY SUCH PAYMENTS ARE OPPOSED BY 59% OF THE REGISTERED VOTERS SURVEYED WITH REPUBLIC AN, AND INDEPENDENT'S OVER WHELMINGLY OPPOSED AND DEMOCRATE EVENLY DIVIDED. FURTHER MORE I LIKE TO ADDRESS THE COURT S AND RAISE OTHER ISSUE THAT COMPROMISE MY RIGHTS BY A TYRANNY GROUP OF GOVERMENT OFFICIALS WHO MANIPULATE PEOPLE TO PERVERSE TO DO CONTRARY TO WHAT IS CONSIDER RIGHT OR GOOD WILLFULLY: OBSTINATE THESE GOVERMENT CLASSIFIED INFORMANTS TRY TO OSTRACIZE TO CAUSE ME TO BANISH AND EXCLUDE ME FROM A GROUP OR TO RUN A GOVERMENT BY STEALING MY BRIEFCASES SOPHISTICATELY AND TRYING TO DRAIN MY FINANCES MIS USING LOS ANGELES COUNTY RECORDING OFFICE TO COMMIT FRAUDE AND STEAL OTHER PERSONAL INFORMATION DOCUMENTS. I FILED A 421983 U.S.C UNIFORM COMMERCIAL CODE AND APPARENTLY Los Angeles County Sheriff BEEN USING THE LITTLE COURTS TO OPEN MY BRIEF CASES AND BLEEDING MY ACCOUNTS WITH OUT ANY NOTICE OR NO CONSENT BY THE STRAWMAN AND TRANSFERING MY PRISON PRIOR NUMBERS TO OTHERS INMATE OR PRISONER LIKE RAYMOND KENNY LABORIEL I'M ASKING THAT THE COURTS OF THE UNITEN STATE DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA AND OTHER COURTS OF THE UNITED STATE TO PLEASE DO A FULL INVESTIGATION AND SEND OTHER GOVERMENT AUTHORITY

# FACTUAL ARGUEMENTS

AGENCY TO FINE OUT WHY MAX VIANA, DAVID NAYOLA SGT. CHAVES, SGT PIMENTEL AND OTHER HIGHER UPS FROM THE DEPARTMENT AND JAIL FACILITIES LEGAL DEPARTMENT ARE BEING GIVING THE PRIVILAGE TO WITH HELD LEGAL IMPORTANT MAIL AND FALSIFIED ALTAR OR CHANGE MY SEXUAL ASSAULT APPLICATION AND UNIFORM COMMERCIAL CODE APPLICATION WHICH I HAVENT RECIEVE YET OR I HAVENT GOTTEN NO NOTICE OF, MY UNDERSTANDING IS THAT SOMEONE MADE SOMEONE A PROMISED FOR EXCHANGE OF A CITIZEN SHIP BUT ARE TRYING TO ALSO STEAL MY MORES INDENTITY EXAMPT CARD TO WITH DRAW MY BRIEF CASES AND THESE PEOPLE OUR KIYONIE NICOLE DAVIS, FIORA LUPE ROSA'S ARGELIA LABORIEL, COLON LARRY ALAN BARNES AND OTHER SIBLING LIKE ALAN BARNES JUNIOR LARRY BARNES & RAYMOND KENNY LABORIEL TO JACK ALL MY FINANCE AND JOSE MARTINEZ ALSO HELPING WITH THIS IS EMILY J. COLE TO ROBB ME FROM MY DEFAMATION AND ALTAR MY APPLICATION SO I WON'T HAVE NO MERIT TO STAND ON AND A KANGAROO COURT AND THEY COULD CONTINUED TO TYRANNY AND TAKE OVER MY GOVERMENT AND VIOLATE MY DUE PROCESS WHICH IS A VIOLATION & DELIBRATE INDIFEERRENCES VIOLATE THE 14TH AMENDMENT WHILE I AWAIT TO STAND TRIAL. THE COURT OF LANCASTER IN DEPARTMENT 21 COMMITTED FRAUDE, TREASON EVEN AFTER I MADE THE COURTS AWARE OF SUCH SEXUAL ASSAULT USE OF FORCE AND OTHER RETALIATION BEING AFRAID FOR MY LIFE BY THE SHERIFF AND THERE CORRUPTIBLE BUREAUS TO ALSO SPY AND STEAL MY INFORMATION

FACTUAL ARGUMENTS                    FACTUAL AGMT
                                     P. 4

AND OTHER FINANCES BY USING MY very
saverty that i filed and somebody
that reads and aprove in other
word look at MY 42 1983 U.S.C
committed fraude in numeriouse
ways Deliberate indifferences
by intercepting my mail reading
it causing lost time constraight
and re sealing my legal mail
to steal my dafamation and
make fraude copy of legal
mail coming from the federal
courts. I filed my saverty on
8-29-23 and a goverment
official intercepted my 42 1983
U.S.C U.C.C By the name of
Larry Alan Barnes working
ALONG SIDE with a Sergeant
NAME Chaves which supervisor
Legal mail along with Sergeant
Pimentel and custody legal
mail Vasquez and David Noyola
Max Viand other people who
work for the property room
seem to tamper with my U.C.C
CHECKS AND SAVERTY CARD OR MAIL
PERTAINING ANY INFORMATION TO

SOPHISTICATE SWINDLE MY PROPERTY UNDERNEATH ME AND USE MY SAVERTY TO OPEN BRIEF CASES WITH OUT MY PERMISSION !!! Somebody by the name of Raymonel Kenny laboriel and Kiyonie Nicole Davis with Sgt Chaves went in my property and stole my checks and then inserted in a vault where in use to invest big coin and I'm am the main treasure I Havent been able to get Known of my investment from crypto currency now they trying to say that the court made a mistake and fail not to put proof of service so the courts or administrator didnt certified and please let me make it clear to the court also that Larry Alan Barnes and Sgt Chaves and a Judge name Emily J. Cole been working together sohistically with a court right acrossed the street Bauchet to drained my prison prior stock and Bonde

FACTUAL ARGUEMENT
FOLLOW BY SPEACIAL CIRCUSTANCES

Pg5.

BRIEF CASES AND I CANT TELL YOU
HOW LONG THEY BEEN DOING THIS SO
I'M ASKING TO PLEASE SEND SANCTION
ORDINIANCE ON THEM AS SOON AS POSSIBLE
THEY BEEN CAUSING ME ALOT OF PAIN
AND GRIEF SO MANY RETAILIATION WHILE
I BEEN IN CUSTODY THATS A VIOLATION
OF EVEN AWAITTING TRIAL OR MY
DUE PROCESS AND VIOLATION OF MY
LIBERTY ALSO I FILED A SEXUAL
ASSAULT WITH FORCE BY THE LO'S
ANGELES COUNTY SHERIFF AND I
HAVE PROOF THAT THEY BEEN SWITCHING
MY DEFAMATION AND NAME OF
CASE NUMBER AND BOOKING NUMBER
TO ANOTHER NAME RAYMOND KENNY
LABORIEL BECAUSE HE HAVE PRISON
CONVICTION LESS AMOUNT THAN
ME SO LARRY ALAN BARNES &
FLORA LUPE ROSAS, Sgt CHAVES from
L.A. T.T FACILITIES BEEN TRYING TO
STEAL ALSO BIRTY CERTIFICATE
and ID WHICH I HAVE RECIPES
FOR TO DO TRANSACTION WHILE I
IN CUSTODY FRAUDULENTLY & USE
IT FOR TO STEAL AND CHANGE OTHER
PERSONAL FINANCE FAISE STATEMENTS TO BANKS

L.A COUNTY RECORDER OFFICES
TO LEAVE ME BROKE ALSO ARGELIA
LABORIEL COLON IS INVOLE IN TRYING
TO CHANGE MY PROPERTY OIL
REAL ESTATE TOO THRU A MUTUAL
FRIEND THAT WORKS THERE PLEASE
SEND SANCTION AND ORDINANCE TO
THE L.A. COUNTY RECORDING OFFICE
FOR FRAUDE YOUR HONORED THEY
ARE COMMITTING TREASON TO
OVER THROW THIS GOVERMENT AND
VIOLATE MY SOVERTY. THEY TRYING
TO OVER THROW THE CHIEF OF STATE
IN A MONARCHY BY STEALING & MIS
USING THE JUSTICE DEPARTMENT
FOR THE PURPOSE FOR FRAUDE & CURRUPTION
IN SIMPLE WORDS A MOB OF TYRANNY SELFISM
IN SOCIAL JUSTICE ERAUDULENT. EVIL MALICIOUSE
INHUMAN NEGLIGENCE GANGANIOUSE OFFICIAL
WHICH ALSO VIOLATE VIOLATE MY SOVERTY AND
PUT IN HARM COMPROMISING MY SAFTY AS A VICTIM
OF A SEXUAL ASSAULT WHICH THEY ON PURPOSE
DID TRICKERY & SCHEMS TO MALICIOUSELY CAUSE TO
LOSE MERIT OF MY FARE DUE PROCESS AND OTHER
LAW SUITS DURING THIS WHOLE TIME IN THERE
CUSTODY THATS WRONGE & FAUL OF ABUSE OF POWER
TO A SAINT PRISONER ALSO THEM STEALING DEFAMATION

FACTUAL ARGUEMENTS
FOLLOW BY SPECIAL CIRUSTANCES                                    Pg 6

STOLE MY BIRTH CERTIFEATE FROM PROPERTY THAT
WAS ISSUE 6-09-2023 I MADE IT AWARE TO
the department 9-12-2023 AND SHORLY AFTER
I did that which Delibrate indefference
a VIOLATION OF MY PERSONNEL SOVERTY DOCUMENTS
BY THE SHERIFF DEPARTMENT WHICH I HAVE A
RECIPTS FOR AND INCIDENT NUMBER ID 23-37-00320
FOR AND A PERSONNEL IDENTIFICATION NUMBER FOR
WHICH I HAVE AND I HAVE PAID FOR DURING
THIS CUSTODY PLEASE LET ME REMIND THE HIGH
COURTS THAT THIS GRAND THEFT AND OTHER BRIEF
CASE NUMBERS HAS BEEN GETTING TAMPER
AND MESS WITH BY GOVERMENT OFFICIAL TO COMMIT
FRAUDE & TREASON MY RECIPTS NUMBER ON my
ID FOR MY PROPERTY NO1-B29 AND EMPLOYEE
RECEIVING VALUABLE FROM INMATE RODRIGUEZ SERIAL
517837 THEY HAVE BEEN INSTRUCTED BY SGT. CHAVES
MAX VIANA GOES BY DAVID NAYOLA & FLORA
Lupe Rosas, Kiyonie Nicole Davis ZENIDA
Laboriel Naldie Emily J. Cole ALSO THE
ONE THAT GRAB IT RAYMOND KENNY LABORIEL
ALAN BARNES, JUNIOR Larry Barnes Argelia Colon
BEEN GOING AROUND TO DIFFERENT PLACES USING
MY IDENTIFICATION & USING MY CURRENT BOOKING
NUMBER #L559109 and OLD-BOOKING NUMBER #642672
OF PRISONER BONDS FOR MIS USE OF FILING U.C.C AND
IN MANYS IDENTIFICATION WHILE SITTING AND AWAITTIN

FROM pg.6

## FACTUAL ARGUEMENTS WITH SPEACIAL CIRCUSTANCES OF IN SOCIAL JUSTICE BY GOVERMENT OFFICIALS !!!

TRIAL INNOCENTLY DELIBRATE INDIFFERENCES A HUGH VIOLATION OF THE 14TH AMENDMENT 11TH AMENDMENT ALSO DELIBRATE INDIFFERENCES A TRUE VIOLATION FEDERAL LEGAL MAIL DOCUMENTS WHICH COMPROMISES A QUALITY OF STABLE LIFE WHICH IS INDEED VERY HUMILIATING AND A IN SOCIAL JUSTICE OF ABUSE OF POWER FROM LOCAL AUTHORITY WITH IN THE FACILITIES AND GOVERMENT MAFIA OFFICIALS GANG CONNECTION TO CONSPIRED AND COMMIT UNLAWFUL ACTS WHICH IS A ETHIC MIS CODE OF CONDUCT UNDER A CODE OF LAW AND USE MY SOVERTY AGAINST ME FRAUDULENTLY TO TRY TO SIEZE OR TAKE OVER MY ESTATES ASSET BOSINESS STOCK BONDS UNWILLFULLY FILE FALSELY INCOME TAX BEHIND MY BACK NOT LIMITED TO DELIBRATE INDIFFERENCE. I HAVE SUFFERED IN SOCIAL JUSTICE BY A POISONIOUSE TREE & EXCUTIVE ADMINISTATOR OFFICER TO HIDE MY FINANCES OVERS IN DEUTCH ACCOUNTS BY GOVERMENT OFFICIALS TO INVADE TAX INVATION THAT MONEY LAUNDERING & INBIZZLEMENT BY LOCAL & STATE GOVERMENT OFFICIALS TO ROBB me From my mineral oils land and to Build with oot my CONSENT A HOUSE OR EVEN SHED IN God back Yard !!! That is another Delibrate InDIFFERENCE & A EMERGENCY DEMAND! PLEASE SEE SECTION CAUSE OF ACTION AND EXHIBITS ALSO SPECIAL CIRCUMSTANCE

SPECIAL AGENT
Pg 1

SPECIAL CIRCUSTANCES
PERTAINING CURRENT ISSUES OF LAW
TOUCH STONE

The People have the burden of proving beyond a reasonable doubt that the theft was grand theft rather than a lesser crime. If the people have not met this burden, you must find the defendant not guilty of grand theft. 1802 Theft: As part of overall Plan. If you conclude that the defendant committed more than one theft, you must then decide if the defendant committed multiple petty theft or a single grand theft. To prove that the defendant is guilty of a single grand theft, the People must prove that: the defendant is guilty of a single grand theft, the people must prove that: The defendant committed theft of property from the same owner or possessor on more than one occassion; The combined value of the property was over $950; AND The defendant obtained the property as part of a single, overall plan or objective if you conclude that the people have failed to prove grand theft, any multiple thefts you have found prove are petty thefts. 1803: Theft; By Employee or Agent (Pen. Code, § 487(b)(3) If you conclude that the defendant committed more than one theft, you must decide whether the defendant committed multiple petty thefts or a single grand theft. to prove that the defendant is guilty of a single grand theft, the People must prove that: The defendant was an (employee/agent) of _____ insert name of employer/principal >; The defendant committed theft of property [or services] from _____ < INSERT NAME OF EMPLOYER /principal >; AND The combined value of the property [or services] that the defendant obtained during a period of 12 consecutive months was $950

or more if you conclude that the people have failed to prove grand theft, any multiple thefts you have found proven are petty thefts. [An agent is a person who represent someone else in dealing with other people corporations, or ENTITIES.] /1804. Theft by false Pretense(Pen. Code, §484) The defendant is charged in Count ___] with grand/Petty/Theft by false pretense in violation of Penal Code Section 484]. To prove that the defendant is guilty of this crime the people must poove that: The defendant Knowingly and intentionally deceived a property owner [or the owner's agent] by false or fraudulent representation or pretense; The defendant did so intending to persuade the owner [or the owner's agent] to let the defendant [or another person] take possession and ownership of the property; AND The owner [or the owner's agent] let the defendant [or another person] take possession and ownership of the property because the owner [or the owner's agent] relied on the representation or pretense. You may not find the defendant guilty of this crime unless the People have proved that; [A. The false pretense was accompanied by either a false writing or false token (i/.)] or [(A/B). There was a note or memorandum of the pretense signed or hand written by the defendant (i/.)] [or] [(A/B/C.) Testimony from two witnesses or testimony from a single witness along with other evidence supports the conclusion that the defendant made the pretense.] [Property

SPECIAL AGENT
Pg 2

## SPECIAL CIRCUSTANCES
### PERTANING CURRENT ISSUE & LAW
TOUCH STONE

INCLUDES MONEY, LABOR, AND real or personal property.]
A FALSE PRETENSE IS ANY ACT, word, symbol, or token the
purpose of which is to deceive. [Someone makes a false pretense
if, INTENDING to deceive, he or she does [ONE or more of] the
following: [1. Give information he or she knows is false(./;)]
[OR MAKE A MISREPRESENTATION RECKLESSLY WITHOUT
information that justifies a reasonable belief in its
truth(./;)] [or Does not give information when he or she
has an obligation to do so(./;)] [OR MAKES a promise
not intending to do what he or she promises.]] [Proof
that the representation or pretense was false is not
enough by itself to prove that the defendant intended
to deceive.] [Proof that the defendant did not perform
as promised is not enough by itself to prove that the
defendant did not intend to perform as promised.]
[A FALSE TOKEN IS A DOCUMENT or object that is not
authentic, but appears to be, and is used to deceive.]
[For petty theft, the property taken can be of any value, no
matter how slight.] [An OWNER [or an owner's agent]
relies on false pretense, IF the falsehood is an important
part of the reason the owner [or agent] decides to give
up the property. The false pretense must be an important
factor, but it does not have to be the only factor the
owner [or agent] CONSIDERS IN MAKING THE DECISION.
[IF the owner [or agent] gives up property some
time after the pretense is made, the owner [or agent]
gives up property some time after the pretense is made

g The owner [or agent] must do so because he or she relies on the pretense.] [An agent is someone to whom the owner has given complete or partial (AUTHORITY AND CONTROL OVER THE OWNER'S PROPERTY.] 1805. Theft by Trick (Pen. CODE § 484) The defendant is charged [in Count ___] WITH [grand/petty] theft by trick [IN VIOLATION OF PENAL CODE SECTION 484]. To Prove that the defendant is guilty of this crime, the People must prove that: The defendant obtained property that (he/SHE) Knew was owned by someone else; The property OWNER [or the OWNER'S agent] CONSENTED TO THE Defendant's possession of the property because the defendant used fraude or deceit; WHEN THE DEFENDANT OBTAINED THE PROPERTY, HE/SHE) INTENDED (TO DEPRIVE THE OWNER OF IT PERMANENTLY [OR] to REMOVE IT FROM THE OWNER'S [OR OWNER'S AGENT'S] POSSESSION. ANOTHER VIOLATION DONE TO A SAINT PRISONER WHILE AND DURING MY INCARCERATION I ORDER MY BIRTH CERTIFICATE AND IDENTIFICATION CARD FOR THE PURPOSE TO USE IT AND ESTABLISHED MY SELF AND RIGHTIOUSLY CLAIM MY MOORS IDENTITY BRIEF CASES THE FOLLOWING PEOPLE AS MENTION USE A SERGEANT CHAVES LATTCE AND PIMENTEL LATTCE AND OTHER PEOPLE LIKE MAX VIANA RAYMOND KENNY Laboriel, FLORA Lope Rosas AND SHE possibly could be using my Last name Barnes KIYONIE Nicole Davis Tenide Laborio l Naldie

SPEACHA 1 IR OF CHANGE
PERTAINING THIS SAME ISSUE AND TOUCHSTONE...

EVERY OFFICER AGENT OR EMPLOYEE OF ANY COMPANY AND EVERY OTHER
PERSON WHO KNOWINGLY AUTHORIZED FALSELY, DIRECTS OR AIDS
IN THE PUBLICATION ADVERTISMENT, OR EVEN DISTRIBUTION OR CIRCULARIZATION
OF ANY FALSE STATEMENT OR REPRESENTATION CERCERNING ANY MINERAL
OIL'S GAS PROPERTY IS OWNED BY THE STATE OR FEDERAL GOVERMENT THATS
FALSE IN THIS CASE DEANDRE DANNY JONTE BARNES I AM THE ORIGINAL OWNER
AND I TRULY CERTIFIED THAT I NEVER GAVE OR EVEN LEASE OR
SOLD TO ANY OF THE FOLLOWING DEFENDANTS BEFORE OR EVEN WHEN
LOCAL & STATE AUTHORITY BY GOVERMENT OFFICIALS VIOLATED MY LIBERTY
TO TRIED TO EVEN SEIZE OR STEAL MY ASSET OR EQUITY OF MAJOR
SUBSTANCIAL AMOUNT OF TREASURY VALUE BY A BUNCH OF THIRSTY
GANGANIOUSE TYRANNY GOVERMENT FEDERAL CLASSIFIED
EVEN INFORMANTS OR GAVE PERMISSION TO EVEN MAKE EXCUTIVE
DECISION WITH OR WITH OUT MY PRESENSE WHICH I ALREADY
CERTIFIED THRU MY VERY OWN FINGER PRINTING & OFFICER SIGNATURE
ALONG WITH MY VERY OWN WHILE I AM CURRENTLY OR EVEN BEFORE
MY LIBERTY WAS COMPROMISE AND VIOLATED BY A THIRD PARTY THAT
INCLUDE ALL DEFENDANTS OR FAMILY KIN TO ME NOT EVEN FOR THE
RECORD!!! FURTHER MORE TO EVEN USE OR MAKE SUCH EXCUSED TO
USE MENTAL HEALTH OR PAPER THAT BEEN STOLEN BY MAX VIANA
KIYONIE NICOLE DAVIS, FLORA LUPE ROSAS, EMILY J. COLE, ARIN VIANA
MITCHELL WATLEY, SHERMAINE WIFFREY, BLU COCA, DESTINY CLARA,
LORI CLARA, ALAN BARNES, JUNIOR BARNES, ZENIDA LABORIE NALDIE
RAYMOND MUNDO LABORIEL, MARIA BARNES, MITCHELL BARNES
ARGELIA COLON, ZENIA LABORIEL, MAX HUDSON, RAQUELL BARNES
JASMINE BARNES, TANISHA BARNES, JOSHAWE BARNES, ELISEO BARNE
OR LARRY ALAN BARNES HIMSELF OR ANY REAL ESTATE & BROKERS FIRM ALONE
WITH THE CITY'S OF THE STATES OF CALIFORNIA OR THE UNITED STATES FOR
THAT MATTER I DEANDRE BARNES I TRULY CERTIFIED THIS

I Also CERTIFIED THRU A BREACH AFA DAVIT CONTRACT SIGNE BY LOCAL & STATE AUTHORITY WITH PROOF OF SERVICE IF ANY CHANGES BEEN DONE OR ALTAR BY KIN OR LOCAL & STATE AUTHORITY WITH IN THE UNITED STATES OF AMERICA PERTAINING ANY FRAUDULENT OF TAXES STOCK BONDS CRYTO CURRENCY BIG COIN START UPS PROPERTY, BUSINESS COMMERCIAL NON-RESTRUCTED INDUSTRY OR NON ANY ZONING IN GOD BACK YARD OR EVEN OFF PERTAINING ANY FINANCES HERE IN THE HOMELAND NOT LIMITED OR IT DOESNT EXCLUD ANY BOND OR ANY CORPORATE EVEN ANY INC LLC TO HIDE ENVADE TAXES OR USE ME OR MY SOVERTY AS A ESCAPE GOAT TO LAUNDER MONEY OR TO BIZZLEMENT OR BY POLITICIAN GOVERMENT AROUND THE WORLD WITH OR WITH OUT MY PERMISSION TO NOTIFIED ME WHICH THEY HAD A NUMERIOUSE DELIBRATE INDIFFERENCES OPPORTUNITY TO ADDRESS CONTACT BY ANY WHICH WAYS TO NOTIFIED DURING SUCH TYRANNY INVADSION OF ASSET'S ANNUITTY, INHERITAGE, INVENTION, PRIVACY TO SPY HARASSE, MOLEST WHICH ALSO VIOLATE DELIBRATE INDIFFERENCE OF THE 4TH AMENDMENT 14TH AMENDMENT 11TH AMENDMENT, 8TH AMENDMENT 13TH AMENDMENT, 16TH AMENDMENT, 9TH AMENDMENT, 12TH AMENDMENT 5TH AMENDMENT WOLF VS. DONNELL, ONE AGAIN 418 U.S. 539, 558, 945. CT. 2963 1974, "TOUCH STONE OF A FARE DUE PROCESS WHICH WAS COMPROMISED AND NOT PROTECTED BY GOVERMENT COURT OFFICIALS IN A MUNIPCIPAL COURT VIOLATES THE INDIVIDUAL PROTECTION OF CLAUSE AGAINST ARBITRARY EVEN INVASION ACTION OF GOVERMENT.") 3.515 U.S. 472, 1155. CT. 2293 (1995) WHICH IS AND STILL IN FULL EFFECT. I HAVENT OFFER OR LEASE OR TO locate or ENTER UPON AND EVERY PERSON WHO WITH knowledge that any advertisement, pamphlet prospect us or letter concerning ANY MINERAL, oil or gas property or any written STATEMENT THAT IS FALSE or fraudulent, ISSUES, circulates, Publishes or distributes the same or causes THE SAME TO BE

# CAUSE OF ACTION

AND ONE AGAIN THE SHERIFF LEGAL DEPARTMENT ARE TRYING TO CAUSE ME TO LOSE MY FITNESS OR LOSE MY MERIT IN A CRIMINAL COURT PROCEEDING & 42 U.S.C. LAWSUIT PERTANING ISSUE & DELIBRATE INDIFFERENCE GROUNDS AND ISSUE I RAISE BASE ON POOR CONDITION ETHIC CODE OF CONDUCT OF THE SHERIFF DEPARTMENT PERTAINING SERIOUSE ISSUE OF REPEATELY OCCURRANCES VIOLATION OF THE 14th AND 11th AMENDMENT I HAD TO ENDURE BY MYSELF WHILE GOVERMENT OFFICIAL CAPITALIZE STEALING MY CORRESPONDENCE AND STEALING MY DEFAMATION AND REORANGINE MY 42 1983 U.S.C PACKAGE TO CREATE A INTERNAL OF ISSUE TO CAUSE MY CASE TO GET DISMISSAL AND LATER BEHIND MY BACK FILE THE SAME LAWSUIT WHILE THE WHOLE TIME I'M BEING RETAILIATED AND INFLICTED TO ONCE AGAIN HAVE NO MERIT TO BE ABLE TO PERSUE JUSTICE AFTER I'M TIRED OF EXPRESSION TO THE COURT ABOUT ALL THE TRAUMA I'm FACE TO DEAL WITH THESE ROTTEN APPLES AND SO CALL PEOPLE CALLING THEM SELF HIRES OF THIS FACILITIES! I'M TIRED OF BRINGING THESE ISSUE AND THE FEDERAL COURTS NOT UNDERSTANDING OR BEING BIAS OR UNCERTAIN WHAT THE ISSUE IS! WHAT I'M SAYING EXACTLY IS HOW AM I SUPPOSED TO HAVE MY DAY IN COURT OR EVEN A FARE DUE PROCESS IF IF CONSTANTLY BEING COMPROMISE AND THE COURT NOT UNDERSTANDING THAT I AM A VICTIM OF A POISONIOUSE TREE IN MUNIPCIPAL LOCAL AUTHORITIES AND BUREAUS... THESE GOVERMENT OFFICIAL & CLASSIFIED INFORMANTS ARE WORKING TOGETHER TO PREVENTING ME FROM MOVING FORWARD THE SHERIFF DEPARTMENT AND THE LOCAL JUDICIAL COURT OF LANCASTER & BAUCHET ARE TRIPLE TEAMING ME OPENING UP MY BRIEF CASE BONDS WITH OUT MY CONSENT & BLEEDING ALL MY PRIOR CONVICTI STOCK & BOND ACCOUNT FOR SELFISH & GREEDY GAIN AND FRAUDULT

SWINDLING MY ACCOUNTS WITH OUT ANY JUSTIFICATION
LIKE MY BONDS BELONGS TO THEM WHILE SOPHISTICATED
LIKE THE MAFIA MOB THAT THEY ARE CAUSING ALL THIS
TERM OIL & CALAMITY UPON ME NOT LIMITED DELIBRATE
INDIFFERENCES THEY ACT LIKE I HAVE TO GIVE THEM A PERCENT
OF MY BONDS AND BY WAY OF COURT TRICKERY DELIBRATE
INDIFFERENCES THE LANCASTER COURT AND OTHERS LIKE
BAUCHET AND CRIMINAL COURT BUILDING OF DRUG
DIVERION H FAIL TOO GIVE NOTICE OF ANY INFORMATION
PERTAINING MY UNIFORM COMMERCIAL CODE BEING
THAT THE LANCASTER COURT THEY ALREADY STOLEN A
CHECK WITH THE SHERIFF DEPARTMENT AND OUR USING
THE EXCUSED TO SAY THAT THE ADMINISTRATION THE
EXCUTIVE OFFICER DONT KNOW HOW TO DO THERE
JOB CORRECTLY AND THAT THE FEDERAL COURTS ARE
VERY STUPID FOR SEND THESE UNIFORM COMMERCIAL
CODE CHECKS WITH OUT NO PROOF OF SERVICES AND
APPARENTLY SOME ONE SGT. CHAVES FROM LATTCF
KNOWS MAX VIANA DAVID NOYOLA FIORA LUPE ROSAS
KIVONIA NICOLE DAVIS AND EMILY J. COLE WHICH SHE
SHOULD HAVE BEEN MY TRUSTEE AND SHOULD HAVE
INSTRUCTED ME THAT SHE WAS HANDLING MY BRIEF
CASES FOR MY U.CC TO BUY ALL MY BONDS INSTEAD
TYRANNY USING FRAUDE TU FIND A WAY TO
PUT ME ON PROBATION TO ROBB MY CHECKS THAT
THEY ALL BEEN SPLITING ALONG WITH RAYMOND
KENNY & ABORIEL & OTHER PEOPLE WITH PRISON
CONVICTION TO BLEED OUT MY BONDS ACCOUNTS
WHICH I HAVE NUMEROUS THIS IS SERIOUSLY AFFECTING

# CAUSE OF ACTION
## WITH TOUCH STONE PERTAINING CURRENT ISSUE & LAW.

ME AND I NEED THE FEDERAL COURT AND OTHER COURTS OF THE UNITED STATES TO PLEASE HURRY AND GET INVOLVE I BEEN AFFECTED BY THEM DOING THE FOLLOWING FALSE PERSONATION OBTANING MY PERSONAL INFORMATION TO COMMIT FRAUDE WHILE AND DURING IN CUSTODY! USE OF FAIS IDENTIFYING INFORMATION PEN. CODE § 532 A (4) FALSE FINANCIAL STATEMENT REAFFIRMING STATEMENT. MAKING USING ETC. CHECK KNOWING FUNDS INSUFFICENT TOTAL VALUE OF CHECKS P.C § 476 a(6) FRAUDULENT POSSESSION OBTANING BENEFIT P.C 532 a (2) CONCEALING PROPERTY WITH INTENT TO EVADE TAX, FALSE TAX RETURN REV. & TAX. CODE § 19701 (a) AIDING IN PREPARATION OF FALSE TAX RETURN (REV. & TAX P.C § 19705 (a)(2) TO LEVY PROPERTY MEANS TO SEIZE, ATTACH, OR GARNISH THE PROPERTY AS PAYMENT FOR A DEBT OWED. A LEVY IS LEGALLY AUTHORIZED AGAINST PROPERTY IF: I CAN PROVE THAT TRUTHFULLY ACCOUNT FOR, AND PAY TO FRANCHISE TAX BOARD AND INDIVIDUAL IRS WAS SUBSTANCIAL THAT WAS STOLEN BY THEM!!! I WANT THE FEDERAL COURTS TO ALSO DETERMIN HOW THEY RECIEVE INCOME FROM A BANK OR DEPOSITS BY FRAUDE OR PERSONATING THE STRAWMAN USING MY SOVERTY WHICH WAS STOLEN DURING AND WHEN I WAS INCARCERATED AND WHAT TYPE OF TRANSACTION WAS CONDUCTED BY THESE FRAUDULENT PEOPLE BEHIND MY BACK WITH OUT NOTICE OR EVEN CONSENT. I KNOW THAT THE FOLLOWING HAD FILE NUMERIOUSE TAXES WHILE THEY

"THAT OUR INCLUDED: LANCASTER DEPARTMENT 21/CRIMINAL COURT BUILDING

Department 44 AND HOLLYWOOD COURT WITH MENTAL HEALTH, FALSE IMPRISON-

MENT& NOW PROBATION WITH I WASN'T BEFORE MY 42 1983 U.S.C Filing For U.C.C to obtaine MY

INNOCENT& LIBERTY WHICH IS A IMPORTANT PART OF MY SOVERTY & DELIBRATE INDIFFERENCES VIOLAT

by a Munipcipal COURT UNDER FALSE PRETENSE TO HAVE CAUSE ME TO GO TO JAIL, I AM ACCUSING THEM FOR ALLOWING

WILLFULLY OTHER'S FILING FALSE TAX RETURN: INTENT TO EVADE TAX

REV. [TAX. CODE §19706 AND WITH INTENT TO

STEAL GRAND THEFT AND TRY TO FALSE SEIZE

MY ASSETS INHERITAGE WHILE BEING IN

CARCERATED BY A RING OF THIRSTY GOVERNMENT

OFFICIALS TO TYRANNY AND TO BE MALICIOUSLY

EVIL! MAX VIANA, FLORA LUPE ROSAS

KIYONIA NICOLE, DAVIS, A SGT. CHAVES LATTCF

FROM LATTC, ZENIDA LABORIEL NALDIE

RAYMOND KENNY LABORIEL, ANTONIA S.C

JOSHUA VIANA, MARIO VIANA, NIKKO VIANA

, ARIN VIANA, SHERMAIN WIFFREY, MITCHELL WAILEY

BLU-COCA, DESTINY CLARA LORTE CLARA

MARIA BARNES, ALAN BARNES, JUNIOR BARNES

RAQUELL BARNES, NANCY GUILLEN, YONAN ZHU

KENIA EVELYN LABORIE, NAZARETH QUINTANILLA

WILLIE ALFREDO QUINTANILLA, ZENIA LABORIEL

MAX HUDSON, ARGELIA COLON, ANTHONY

COLON, ARIEL VIANA, GRACE VIANA ETHAN VIANA

DEANTHONIA BELL, VIANA, DEANDRA SWINAGEN

EMILY J. COLE, OMAR BOYAN, FRANK M. TAVELMAN

CAROLYN YEWHN, ARUM HARRIS, KATHLEEN

BLANCHARD! SGT. PIMENTEL, CUSTODY LEGAL

DEPARTMENT PERSONNEL VASQUEZ LATTCF AND

SGT. BASEY P.D.C SGT B. HAYHURST P.D.C SGT. WILSON P.D.C

SENIOR OH P.D.C SENIOR WILSON P.D.C CUSTODY/LEGAL PERSONNEL EARTH

CAUSE OF ACTION

CUSTODY LEGAL PERSONNEL AYSON, LT. ANUSA P.O.C

KIM KARDASHIANE, JEFF BEZOS, REX PARRIS

ALEX VILLANUEVA, LEE BACA, ERIC GARCETTI

GOV. GAVIN NEWSOM, SEN. ALEX PADILLA

MAYOR KARAN BASS AND LARRY ALAN BARNES

HENRY LABORIEL GARCIA, DENISE LABORIEL ERIC LABORIEL

GARCIA, DIANA BETTENCOURT, CARMEN ACOSTA

SHEYLA LABORIEL, SR. RAYMOND MUNDO LABORIEL

RABII LABORIEL, DANIA LABORIEL, PABLO

LABORIEL, LOS ANGELES COUNTY SHERIFF Dept.

THE CITY OF LOS ANGELES, L.A.P.D Metropolitan

Union Station, Terminal Annex, AMTRAX

Metrolink, Metro, Security Service at

Union Station. BIG Blue Bus transit in Santa

MONICA, THE CITY OF Santa Monica AND THE

STATE OF CALIFORNIA OF EUREKA AND ALL THE

CITY IN CALIFORNIA, PLEASE BE AWARE FEDERAL

COURT THAT I HAVE TAKEN THE FOLLOWING ACTION

I HAVE NUMERIOUSE AFA DAVITS TO I.R.S HALL OR

RECORDS, ATTORNEY GENERAL, THE UNITED STATE

FEDERAL COURTS AND SO NOW I AM TAKING ACTION

OUTSIDE OF CALIFORNIA TO HAVE MY DAY IN COURT

WHILE GOVERMENT AND OTHER POISONIOUSE TREE

AND OFFICIAL BEEN MAKING IT DIFFICULTY TO

SUCCESSFULLY FILE WITH OUT MESSING UP MY

FORMAT OR STEALING PAGES OR REORANGINE

LAW SUITS 42 1983 U.S.C Past and PRESENT.

AND STEALING PROOF OF SERVICES TO STEAL CHECKS

& FRAUDULENLY DEPOSIT FOR PERSONAL AND CONTINUE

IN SOCIAL JUSTICE OF ABUSE OF POWER AND TAKING ADVANTAGE OF USING MENTAL HEALTH AS A WEAPON TO TRY TO VIOLATE MY SOVERTY AND PLACE ME ON PROBATION AS A SLAVE WHICH ALSO VIOLATE DELIBRATE INDIFFERENCE MY EMACIPATION. I'M ASKING THE HIGH COURTS TO PLEASE CLOSED EXAMINED THESE SERIOUSE INHUMANE VIOLATION OF ABUSE OF POWER AND TO PLEASE DONT LET THESE FRAUDULENT GANGANIOOSE TAKE MY ASSET AND TO FRAUDULENTLY TYRANNY STEAL MY MOOR INHERITAGE PLEASE ASKING THE COURT TO PUNISH THESE PEOPLE FOR STEALING BRIEF CASES WHERE I HAVE IT OR FRAUDULENTLY MISUSING OUR BANIC SYSTEM BY AND DELIBRATE INDIFFERENCE WITH FAISE STATEMENT TO STEAL BUSINESS COMMERICAL RESTRICTED INDUSTRIAL REAL ESTATE PROPERTY AND OVER SEA TAXES PLEASE STOP SGT. CHAVES MAX VIANA, JEFF BEZOS, LARRY ALAN BARNES ZENIDA LABORIEL NALDIE, FLORA L. ROSAS KIM KARDASHIANE, EMILY J. COLE, MITCHELL WATLEY, ARIN WATLEY VIANA  SHERMAIN WIFFREY ARIEL VIANA  KENIA LABORIEL, LORI CLARA DESTINY CLARA , & ALAN BARNES RAQUEL BARNES MITCHEL BARNES, MARIA BARNES, JUNIOR LARRY BARNES, HENRY LABORIEL GARCIA DENNIS LABORIEL ERIC LABORIEL GARCIA ARGELIA COLON  GRACE VIANA  ETHAN VIANA DEANTHANIA BELL VIANA CRISTEL VIANA DIANA BETTENCOURT. ANTONIA S.C RAYMOND KENNY

LAST OF CAUSE ACTION:
AND TOUCH STONE

Mayor BASS Policy: Outlined Policy and Process to guide
HER STAFF AND HELP IDENTIFY AND AVOID CONFLICT OF INTEREST
WHILE ENGAGING IN PURSUITS OUTSIDE OF CITY DUTIES WHICH
ARE CALLED OUTSIDE ACTIVITIES NON-MAYOR'S OFFICE EMPLOYMENT
OUTSIDE INCOME HONORARIA AND VOLUNTEER WORK MAYOR STAFF
MUST OBTAIN WRITTEN APPROVAL USING THE PROPER FORM
BEFORE PARTICPATING IN AN OUTSIDE ACTIVITY AND THE
Policy will apply EVEN IF THE STAFF MEMBERS IS NOT
RESOLVING MONETARY COMPENSATION Public Servants
IDENTIFIED IN THE CITY'S CONFLICTS OF INTEREST CODE
& ETHIC ARE REQUIRED TO SUBMIT A FORM 700 OR A
STATEMENT OF ECONOMIC INTEREST TO INCLOSE ANY
MONETARY OR NON-MONETARY GIFTS TO ENSURE
TRANSPARENCY AND ACCOUNTABILITY THE MAYOR
OFFICE GOES BEYOND CITY MEMO REVIEW BY DEPUTY
CHIEF JENNY DELWOOD DEPUTY COUNSEL AND ETHICS
OFFICER RUTH KWON WHO ASSIST THE MAYOR TO
Developc Policy AND ETHIC TRANSPARENCY:
THE TOUCH STONE BREAK DOWN IF A STAFF OR CITY
OFFICIALS MEMBERS ENGAGES IN OUTSIDE ACTIVITY THEY
MAY BE PRECLUDED FROM PARTICIPATION IN ANY CITY
MATTER INVOLVING THE OUTSIDE EMPLOYER THE PROVIDER
OF THE HONRARIUM OR THE ORGANIZATION FOR WHICH
THEY VOLUNTEER IF THE SOURCE OF THE HONORARIUM IS
A Lobbyist or other restricted source CITY LAW
REQUIRED WRITTEN APPROVAL FROM THE ETHIC
COMMISSION EARLIER NOVEMBER 2023 THE MAYOR
ALSO ADOPTED STRICTER RESTRICTION ON CHARITAE
DONATION FROM REGISTER CITY LOBBYIST'S AND CIT

DEVELOPERS TO THE FUNDS OF LOS ANGELES AND GETTY
HOUSE FOUNDATION & MAYOR FUNDS OF Los Angeles and
TAKING THIS IMPORTANT ACTION TO ENSURE THEY ARE
OPERATING WITH TOP ETHICAL CODE OF CONDUCT THAT
WHAT THE PEOPLE DESERVE. THE INTENTIONAL INACTION
POLICY FRUSTRATING EXISTING CORRUPTIBLE GOVERMENT
OFFICIALS REGULATORY REGIMES TYRANNY DECIDED
THE RULES PERSPECTIVE LEGISLATIVES HAVE INSTITUTIONAL
COMPETENCY. OUR POLICY SHOULD BE FOCUSED MORE
ON PROTECTING PEOPLE CIVIL RIGHTS TREATING
CITIZEN EVEN NON CITIZEN PEOPLE WITH DIGNITY
INTEGRITY & RESPECT WHICH ALOT OF GOVERMENT
OFFICIALS & CLASSIFIED INFORMANTS FALLS SHORT
UNDER UNFARELY & COMPROMISE A DYNAMIC
INTEREST AND PASSION FOR LIFE! FURTHER MORE
IT IS UNLAWFUL TO OSTRACIZE A PERSON OR ESPEACILY
A PERSON MONARCHY TO EXCLUDE HIM FROM A
GROUP OF ANY EXCLUSIVE SOCIAL CLASS. THE
RIGHTS AND EXPRESSION OF THE FOUNDATION OF
INDIVIDUALS RIGHT AND EXPRESSION ARGUES THAT
EVERYTHING CAN BE SAID BACK UP BY THE 1st
AMENDMENT AS LONG AS IT'S NOT DIRECT INCITEMENT
OF VIOLENCE, WILLFUL NEGLIGENCE OR DEFAMATION
ALSO OTHER GROUNDS THAT I'M BRINGING UP AND SUEING
Los Angeles County Sheriff Department Police
Academy for being racise AND VERY Predujuice
not hiring enough Black officer on the
work force so people of color be able to
relate to people of there creed with out

CAUSE OF ACTION                                          P 5

Dealing with Predujuice or other people
or personnel that cant relate to
you or where you come from U.S. Equal
Employment opportunity Commission THE
1964 civil right act established the EEOC
to enforce laws against work place
discrimination security measures and
policies being implenmented by the sheriff
probation Deparfment on them Grounds
That under those laws Employees may
not be discriminated against for
assorciating with certain classes of
people. AND THAT IS A SELFLESS CONCERN
for another, deep affection and
devotion for others. Los Angeles
Union Station for discrimination
and negligence on behalf of myself
for stealing Brief cases and also
humiliating of people of color while
waiting or ride sharing in the lobby
waiting for a trolley to board. ALSO
FOR PERSONNEL ALLOWING OTHERS TO TAMPER
WITH BRIEF CASE AND KNOWINGLEY ALLOWING
SOMEONE ELSE FRAUDULENTLY PERSONNATING
ME DEANDRE DANNY JONNY BARNES OWNER
OF THE TERMINAL ANNEX AND ALOT OF GOVERNMT
BUILDINGS USE BY GOVERMENT OFFICIALS

AND NOW I'M FINDING OUT ITS BEING USE FOR
UNLAWLESS GOVERMENT OFFICIALS ACTIVITY I
WANT THEM OUT! I'M ASKING THE HIGH COURT
OF THE UNITED STATES TO FIRED AND DEMOTE
UPON THESE LAWLESS GOVERMENT OFFICIALS
BASE ON THE GROUNDS THAT EMILY J. COLE, LARRY BARNES
SGT. CHAVES FROM L.A. TWIN TOWERS OUR
MOSTLY RESPONSIBLE FOR TAMPERING WITH
MY BRIEF CASE AND SPLITTING & DIVIDING
IT AND PAYING THEM SELF LIKE LF THEY
ALSO IN TITLE TO LT I'M ASKING THE
COURT FOR A REAL INTERNAL SERIOUSE
INVESTIGATION AND ORDINANE FOR THEM
TO SHOW CAUSE & WHY DID THEY VIOLATEU
MY LIBERTY AND WHILE I WAS IN CUSTODY OR
IN A PROGRAM WHY DID THEY ALSO TAKE ADVANTAGE
OF THIS FRAUOULENT ACT BY THE COURT OF LANCASTER
DEPARTMENT 21 AND BAUCHET, ALONG WITH
OTHER MUNICIPAL COURT LIKE HOLLYWOOD COURT
CRIMINAL COURT BUILDING DEPARTMENT 44 & A
SGT. CHAVES LAT JCF TO TRIED TO SWINDLE AND VIOLATE ME
AND MY SOVERTY TO CAUSE TYRANNY BY USING
MY MOORE IDENTITY TO STEAL MY BRIEF CASES
WHILE I WAS BEING VIOLATED & RETALIATED
AS A SEXUAL ASSAULT VICTIM AND DELIBRATE INDYFFERENCES
AS A RESULT I WAS PLACE IN SUCH UGLY CONFINED SPACE I GENERATED
A GRIEVANCE OF THIS INCIDENT THAT TOOK PLACE ON - 9-21-23 INCIDENT ID# 23-48-00986

LAST FACTUAL CAUSE OF ACTION

REMIND THE COURT ONCE I AM THE ORIGINAL OWNER OF THE ESTATE AND GOVERMENT OFFICIAL COMMITTED FRAUDE AND TREASON AND FROM EVIDENCE I HAVE THE FOLLOWING PEOPLE OUR INVOLVE THE ALSO COMMITED UNLAWFUL FRAUDULENT ACT WHICH CHANGES SPEACIAL CIRCUSTANCES IN A ORGANIZED SOPHISTICATED GOVERMENT CRIMINAL ENTERPRISE DURING AND WHILE I WAS INCARCERATE THEY FRAUDULENT VIOLATED MY LIBERY & STOLE MY SOVERTY TO TYRANNY AND FRAUDULENTLY STEAL EQUITIES BRIEF CASES OR TRYING TO STEAL TITLES TO FALSE CLAIM MY PROPERTY WITH FALSE FINANCIAL STATE-MENT. I ASKING THE HIGH COURT TO CLOSE EXAMINE DOCUMENT & INVESTIGATE I WAS NEVER MARRIED TO FIORA LUPE ROSAS, KIYONIE NICOLE DAVIS, ZENIDA LABORIEL NALDIE OR KIM KARDASHIANE PLEASE INVESTIGATE AND PROCESCUTE & MAKE THEM RETURN MY ASSET, EQUITY PROPERTY BUSINESS MY MOORS IDENTITY WHICH THEY USE BEHIND MY BACK TO STEAL & SIEZE MY PROPERTY & BONDS STOCK & BRIEF CASES AND THERES EUIDENCE PLEASE HOLD THESE PEOPLE ACCOUNTABLE THANK YOU SINCERLY DEANDRE BARNES BOOKING NUMBER 6659109/6426721 REFERENCES OF OTHER LAWSUITS THAT LUAS SABATIZED BY THEM 2:20-CV-9103 2:23-CV-0644

or CAUSE THE SAME TO BE ISSUED, CIRCULATED, Publisher or distributed or who in any other respect willfully VIOLATES or FAILS OMITS or neglect to obey observe or comply with any order, permit decision demand or requirement of the commissioner under the provision of this part relating to mineral, oil and gas brokerage is guilty of a misdemeanor, and shall be published by imprisonment in the county Jail for a term not to exceed six months or by a fine of not to exceed one thousand dollars $1000 AND) IF A MINERAL, OIL AND GAS LICENS he shall be held to trial by the COMMISSIONER or revocation OF HIS MINERAL OIL AND GAS as provided in the provision of this part relating to hearing IT SHALL BE THE DUTY OF THE DISTRICT ATTORNEY. TO EACH COUNTY IN THIS STATE TO PROSECUTE ALL VIOLATION OF THE PROVISION OF THIS SECTION IN respecting counties in which THE VIOLATION OCCUR ADDED BY STATE 1943, C 749, P 2511, §5. AMENDED BY STATS 1959, C 2116, P 4936 § 13 EFF, JULY 20, 1959 STATS. 1983, C 1092 §43, EFF sept 27, 1983 Operative Jan 1, 1983

EXCEED as OTHER WISE PROVIDED IN SECTION 10131.4 AND THIS CHAPTER, IT IS UNLAWFUL FOR ANY PERSON TO ENGAGE IN ANY OF THE FOLLOWING ACTS FOR ANOTHER OR OTHERS FOR COMPENSATION OR IN EXPECTATION OF COMPENSATION UNLESS THE PERSON IS LICENSED AS A MINERAL, OIL AND GAS BROKER OR A REAL ESTATE BROKER, LET ME

Defendant Big blue bus transit Inc L.L.C   reside or work if any
(full name of first defendant)
CITY OF Santa Monica Los Angeles C.A
(full address of first defendant)

Transportation City transit Bus Employee Co.
(defendant's position and title if any )

The defendant is sued in his/her (CHECK one or both): ☑ INDIVIDUAL ☑ OFFICIAL
CAPACITY.
Explain how this defendant was acting under a color of law:
Discriminated, INHUMANE, UNPROFESSIONAL, AND RACISM!

Defendant U.S. Bank Inc L.L.C        reside or work if any
(full name of first defendant)

Downtown Los Angeles C.A.
(full address of first defendant)

The defendant is sued in his/her (CHECK one or both): ☑ INDIVIDUAL
☑ OFFICIAL CAPACITY.
Explain how this defendant was acting under a color of
Law: FRAUDULENT, negligence to let someone else that
go and claim that they where the SAME person as the
petitioner of this U.C.C and allowed the following
people counterfit the original man with personal
information and identification to commit fraud
with full intent. These people that are responsible
are Larry Alan Barnes, Flora Guadalupe Rosa's
A SHERIFF from L.A. Twin Tower Sgt Chayes
Max Viana or David Nayotel, Zenida Laborie Naldi,
Alan Barnes, Kenny Laboriel or Raymond Laboriel
Argelia Laboriel Colon, JOSHUA Viana, Arin Viana
Mitchell Barnes, Raquel Barnes, Jose Martinez
SGt Pimentel, SGt Rosoll, Sgt Mamlo C, Sgt R Hay hurst

SGT. Haze, senior CH, SGT. Wilson, senior Wilson
Deputy Sanchez, Deputy SHerumbura, Deputy Vallejo
Deputy Bryant, Deputy Garcia, Deputy Silva
Deputy Sammeter, Samaya Far, Deputy Demedrius
Deputy Cadenas, Deputy Quriz, Custody Jailer
Miss Martinez, Lee Baca because they kept A
Large amount and turn reuse my money with
Big coin to wash my money and reinvest and
took out large sinificate amount with out
telling me or notifying me and how other
People and Local goverment are trying to cash out
behind my back and the following people was
the name am sueing and i just mention along
with Kiyonie Nicole Davis itk probable that she
also been trying to use my last name as Barnes
also with ex girl friend Nancy Santa Maria Guillen
one again Flora Lupe Rosa's could be False
claiming to be my wife I found that to be
very fraudulent, maliciouse, and very vindictive
and Emily J. Cole. I urged you to please red
Flag as soon as possible befor they commit
more fraudulent acts while iam incarcerated.
Also I like to make the court aware that there
are alot of issue with in the goverment
and people working in the sheriff department
and Bureaus working with L.A. County
Recording office thru a mutual friend
they been trying to change paper work
and name property real Estate business

a.  Parties to this previous lawsuit:
Plaintiff _MYSELF, SAME AND ORIGINAL PETITIONER IN PAGE 1 TO 6_
_DEANDRE Danny Jonte Barnes BK# 6559109/6426721_

Defendants _The Los Angeles County Sheiff department and Bureous Gov. Newson The state_
_OF CALIFORNIA OF Eureka CITY AND STATE FALSE CURRUPTIBLE GOVERMENT, JEFF BEZOS AND_
_goverment AND CLASSIFIED INFORMANTS AND ETC._

b.  Court _United States District Court Central District of California OFFICE OF THE CLERK 180_
_Los Angeles_

c.  Docket or case number _2:20-CV-1903-ODW-SK / 2:23-CV-06445-ODW-SK AND THERE'S NOTHER FOR_
_THE PURPOSE OF MY U.CC_

d.  Name of judge to whom case was assigned _Judge OTis Wright and MAGISTRATOR Judge Steve Kin_

e.  Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it
appealed? Is it still pending?) _YES_

f.  Issues raised: _SEXUAL ASSAULTS BY GOVERMENT OFFICIALS INSIDE THE COUNTY_
_JAILS MAJOR DELIBRATE INDIFFERENCES IN MUNICIPAL & SUPERIOR COURTS FAIL TO Protect_
_me from HARM AND RETALIATION BY LOCAL AUTHORITY AND KEEPING ME ENTRAP SO I_
_CAN LOSE EVERY THING LEAVING TO START OVER OR FROM SCRATCH._

g.  Approximate date of filing lawsuit: _ON CASE 2:20-CV-1903 2020-2021 / IN CASE 2:23-CV-_
_06445-ODW-SK 8-16-23_

h.  Approximate date of disposition _STILL GOING ON IN COURT PROCEEDING AND I STILL HAVENT_
_HEARD NOTHING ON MY U.C.C FILLING OR FEES ONCE AGAIN GOVERMENT OFFICIALS_
_STEALING OR STOLE MY ORIGINAL U.C.C 42 U.S.C 1983 WHICH COUID OF BEEN A SUCCESS_
_AND THEY TRYING TO PLAY ME OUT OF DEFAMATION AND BRIEFCASES BY WAYS_
_OF FRAUDULENT GOVERMENT CURRUPTION ACTIVITY!_
_THIS IS MY SECOND ONE..._

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

i.  Is there a grievance procedure available at the institution where the events relating to your current complaint
occurred?  ☑ Yes   ☐ No  _Yes i have numericus c but the department been ignoring_
_OUT OF OUR TIME CONSTRAIGHT AND NOT BEING SINCER WITH THERE TARDE DUE_
_GRIEVANCE_

2.  Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes   ☐ No

If your answer is no, explain why not _The problem lies on that the department_
_do put grievANces in the form box to even file grievAnces_
_or even bother to answer in a time fashion_

3.  Is the grievance procedure completed? ☐ Yes   ☒ No

If your answer is no, explain why not _Because as mention right above this_
_question they need to do better._

4.  Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _DeAndre Danny Jonte Barnes_
(print plaintiff's name)

who presently resides at _P.C. BOX 86164 Terminal Annex L.A. C.A 90086_ ,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
_L.A. County Jail from Men Central Jail to Pitchess detention Central_
(institution/city where violation occurred)
_and Municipal & Superior Kangaroo Court in Lancaster_
_Department 21_

on (date or dates) __4-16-2020__, __8-18-23__, __9-6-23__
                    (Claim I)      (Claim II)    (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __THE STATE OF CALIFORNIA OF EUREKA U.C.C__ resides or works at
   (full name of first defendant)
   __255 EAST TEMPLE STREET ROOM 180 Los Angeles C.A. 90012__
   (full address of first defendant)
   __AMISTRATIVE OF JUSTICE / POISONIOUS Tree!__
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:
__UNFARE, CURRUPTION IN THE GOVERMENT BY FATHER LARRY ALAN BARNES HAVING ACCESS OF FILES AND BRIEF CASE NUMBER PRIOR COVICTION INFORMATION RECORDS USING IT UP W/O MY CONSENT__

2. Defendant __GOVERNER NEWSOM__ resides or works at
   (full name of first defendant)
   __SACRAMENTO CALIFORNIA__
   (full address of first defendant)
   __GOVERNER OF CALIFORNIA / CLASSIFIED INFORMANTS__
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:
__VINDICTIVE, UNFARE, CURRUPTIBLE, GRADULENT, NEGLIGENCE BIAS, PREDIJICE, GREEDY, CLEPTO CONSPIRACY TO COMMIT MURDER BODILY HARM THEY PLACE ME IN HARMS WAY!__

3. Defendant __JEFF BEZOE__ resides or works at
   (full name of first defendant)
   __SILICONE VALLEY__
   (full address of first defendant)
   __CEO ALPHABET / CLASSIFIED INFORMants__
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:
__VINDICTIVE, UNFARE, CURRUPTIBLE, MALICIOUSE, GRADUENT PREDIJICE, NEGLIGENCE, SELFISH GREEDY, CLEPTO CONSPIRACY TO COMMIT MURDER AND PLACE ME IN HARMS WAY__

CIVIL RIGHTS COMPLAINT

CONTINUED OTHER SIDE.

④ Defendant  Sandra Canon    RESIDE or work at
(full name of first defendant)
LANCASTER CALIFORNIA
(full address of first defendant)
COMMUNITY WATCHDOG GOVERMENT INFORMANT
(defendant's position and title, if any) CLASSIFIED INFORMANTS

THE defendant is sued in his/her (CHECK ONE or both): ☑OFFICIAL CAPACITY,  ☑individual

Explain how this defendant was acting under color of Law:
CONSPIRACY to fraudulent to ROBB me and steal
from my AUNUITITY. Brief case ALONG WITH
DAUGHTER KIYONIE Nicole Davis

⑤ Defendant  YONAN ZHU    RESIDE or work at
(full name of first defendant)
LANCASTER CALIFORNIA / CHINA
(full address of first defendant)
GOVERMENT INFORMANT / COMMUNITY WATCHDOG
(defendant's position and title, if any) CLASSIFIED INFORMANTS

THE defendant is sued in his/her (CHECK ONE or both): ☑OFFICIAL CAPACITY,  ☑individual

Explain how this defendant was acting under color of Law:
CONARTIST, CONSPIED TO COMMIT FRADULENT &
ROBB ME FROM AUNUITITY FROM BUSINESS AND
Property from my Brief Case

⑥ Defendant  Kim Kardashiane
(full name of first defendant)
CALLABASSAS CALIFORNIA
(full address of first defendant)
COMMUNITY ACTIVIST REALITY STAR, FORN STAR INTERNATIONAL
(defendant's position and title, if any) BUSINESS BRANDING WOMEN.

THE defendant is sued in his/her (CHECK ONE or both): ☑OFFICIAL CAPACITY.  ☑individual

Explain how this defendant was acting under color of Law:
DELIBERATE INDIFFERENCES, CONSPIRACY TO ROBB & STEAL MY IDEA w/o
MY CONSENT OR PERMISSION ON HOW I BROKE MY INTERNET VIRGINITY

CURRUPTIBLE Defendants

(1.) Defendant Crypto, currency        RESIDE or work if any
(full/first name of defendant)

ON THE INTERNET & WALL STREET STOCK EXCHANGE
(full address of first defendant

World money & currency BIG COIN
(defendant position and title if any)

The defendant is sued in his/her CHECK ONE or both, ): ☑INDIVID
☑OFFICIAL CAPACITY.

Explain how is this defendant was acting under a color
Law: Negliegence, INHUMANE, RACISES, BIAS
UNFARE, Negative, loss of wages & investment

(2.) Defendant PITCHESS DETENTION CENTER & FACILITY, RESIDE or work IF ANY
(full name of First defendant)

P.O. BOX 86164 Terminal Annex LA. CA 90086
(full address of first defendant)

Supervisor Captain Custody personnel, Legal Department, WARDEN
Deputies. (defendant's position and title, if any)

The defendant is sued in his/her (CHECK ONE or both): ☑INDIVIDUAL ☑OFFICIAL
CAPACITY.

Explain how this defendant was acting under color of law: FRAUDULENT
RACISES, INHUMANE, NEGLICGENCE, DISRESPECTFUL,
PREDUJUICE, SCAMMERS, CLEPTO MANIACE, INSOCIAL JUSTICE & TREASON

(3.) Defendant Los Angeles County Sheriff Dept. RESIDE or work if any
(full First name of defendant)

P.O. BOX 86164 Terminal Annex Terminal Annex LA CA 90086
(full address of first defendant

SHERIFF, Supervisor, Employee Custody Personnel Jailer legal Dept.
(defendant's position and title if any)

The defendant is sued in his/her CHECK ONE or both): ☑ INDIVIDUAL ☑ OFFICIAL CAPACITY.

Explain how this defendant was acting under a color of law: Rude, FRAUDULENT

MURDER'S, SCAMMERS, CODE ETHIC MISCONDUCT, RACISES, INNUMAN, INSOCIAL

④.) Defendant L.A. TWIN TOWERS Curruption Facility

JUSTICE & TREASON! (full name of first defendant)

     PO BOX 86164 Terminal Annex L.A.C.A. 90086
     (full address of first defendant)

     Supervisor Deputy Custody Personnel Jailer Legal department & Property Dept.
AND WARDEN   (defendant's position and title, if any)

The defendant is SUED in his/her (CHECK ONE or both): ☑ INDIVIDUAL ☑ OFFICIAL CAPACITY.

Explain how this defendant was acting under color of law: FRAUDULENT

SCAMMERS, RACISES, VINDICTIVE, THIEF, CLEPTO MANIACE,

MURDER'S, PROBLEMATIC, NEGLIGENCE, BIAS, IN SOCIAL JUSTICE & TREASON!

⑤. Defendant THE CITY OF LOS ANGELES AND COUNTY

     (full name of first defendant)

     The WHOLE COUNTY OF Los Angeles C.A. 90086
     (full address of first defendant)

    Goverment officials, Politician, Goverment facilities and Office ALONG WITH CITY.
     (defendant's position and title, if any)

    The defendant is sued in his/her (CHECK ONE or both): ☑ INDIVIDUAL ☑ OFFICIAL CAPACITY.

    Explain how this defendant was acting under color of law: UNFARE

TO A MONARCHY AND HEIR, RACISES, PREDUVICE, VINDICTICTIVE

NEGLIGENCE, MONEY LAUNDERING, BIZZLEMENT, FRAUDULENT

SCAMMERS, TREASON, INHUMANE!!

Defendant MORTIN ASSET MANAGMENT, LP  reside or work at
        (full name of first defendant)
        UNION STATION Terminal Annex L.A. C.A. 90086
        (Full address of first defendant)
        JOINT MANAGEMENT COUNCIL
        (defendant position and title if any)

The defendant is sued in his/her CHECK ONE or both): ☒ INDIVIDUAL
☒ OFFICIAL CAPACITY.

EXPLAIN how this defendant was acting UNDER a color of law:
UNFARE, DISCRIMINATION, Public Safty, UNPROFESSIONAL
INHUMANE, RUDE, UNCOMPASSIONIST, FRAUDULENT, CLEPTO
BIAS, NEGLICGENCE.

Defendant: CAPE CANAVERAL OPERATION OF BLUE Origin L.L.C
        JEFF BEZOS
        (full name of first defendant
        SEATTLE, WASHINGTON / AND MIAMI  BUNKERS BILLIONAIRE
        (full address of First defendant)

    GFL/XFL, Computer tech Mogul /CLASSIFIED INFORMANT. SPY
        (defendant's position and title if any)


DEFENDANT: WALL STREET STOCK EXCHANGE  RESIDE or work if any
        (full name of first defendant)

        NEW YORK NEW YORK !!!
        (full address of first defendant)

        STOCK MARKET OF CURRENCY EXCHANGE
        (defendant's position and title if any)

The defendant is sued in his/her (CHECK ONE OR both). ☒ INDIVIDUAL ☒ OFFICIAL CAPACITY

Explain how is the defendant was acting UNDER a color of Law: Neglicgence

Defendant Union Station                    reside or work at
        (full name of first defendant
        ALEMEDA & CESAR CHAVEZ TERMINAL ANNEX L.A. CA. 90086
        (full address of first defendant
        BUILDING STATION TERMINAL
        (defendant's position and title, if any)

The defendant is sued in his/her (check one or both) ☑INDIVIDUAL ☑OFFICIAL CAPACITY.
Explain how this defendant was acting under color of law: DISCRIMINATION
UNFARE, INHUMANE, RUDE, DISRESPECTFUL, HUMILIATED, IN SOCIAL JUSTICE
BIAS, NEGLIGENCE, UNPROFESSIONAL, IGNORANT, UNCOMPASSIONIST
Public Safty AND Fraudulent


Defendant Amtrack Inc.            reside or work at
        (full name of first defendant)
        UNION STATION Terminal Annex  L.A. CA. 90086
        (full address of first defendant
        Business, Train AND Employee
        (defendant's position and title, if any)

The defendant is sued in his/her (CHECK ONE or both): ☑INDIVIDUAL ☑OFFICIAL CAPACIT
Explain how this defendant was acting under color of law: DISCRIMINATION
SO UNFARE, INHUMANE, RUDE, DISRESPECTFUL, HUMILIATED, IN SOCIAL JUSTICE
BIAS, NEGLIGENCE, UNPROFESSIONAL, IGNORANT, UNCOMPASSIONIST, AND A
Public Safty. AND FRAUDULENT

DEFENDANT  Metrolink Inc.        reside or work at
        (full name of first defendant)
        Union Station  Terminal Annex L.A. 90086
        (full address of first defendant)
        BUSINESS / Train and Employee
        (defendant position and title if any)

The defendant is sued in his/her CHECK ONE or both): ☑INDIVIDUAL ☑OFFICIAL CAPACITY
Explain how this defendant was acting under a color of Law: DISCRIMINATION
HUMILIATED, DISRESPECTFUL, UNPROFESSIONAL, ARROGANT, INHUMANE, RUDE
IGNORANT, UNCONPASSIONIST, SO WRONGE, CLEPTO, Public Safty
BIAS, NEGLIGENCE, AND UNFARE WITH OUT REASONING.

PLEASE CONTINUE ON OTHER SIDE!

(12) Defendant LARRY ALAN BARNES / OTHER KIDS AND WIFE SPOUCES _____ resides or works at
(full name of first defendant)
3321 W. SUNSET BL L/A, CA
(full address of first defendant)
AMISTY IMMIGRATION / F.B.I BUREAS
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
GREEDY, CLEPTO, FRADULENT, ABUSE OF AUTHORITY & GOVERMENT POSITION, HE CHANGE MY INFORMATION ON MY U.C.C AND TRANSFER MY INCORMATION TO RAYMOND KENNY LABORIEL &

UNIOR BARNES
(13) Defendant LOS ANGELES COUNTY SHERIFF / L.A. PD _____ resides or works at
(full name of first defendant)
Federal INVESTIGATION BUREAS
(full address of first defendant)
AGENTS SUPERVISOR & ETC
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
ABUSE OF AUTHORITY CONSPIRACY TO COMMIT MURDER BODILY HARM AND SEXUAL ASSAULT NOT LIMITED TO ONE AND SEXUAL ABUSE TO SEVERE MENTAL ANGUISH

(14) Defendant Max Viana / Grace Viana / ETHAN Viana / ARIN Viana resides or work at
(FUll NAME of First defendant
943 E. Avenue R. #38 PALMDALE C.A. 93551
(full address of first defendant)
Goverment informants / SHERIFF / CLASSIFIED INformants
defendant's position and title, if any

The defendant is sued in his/her (CHECK ONE or both): ☑ individual ☑ official CAPACITY.

Explain how this defendant was acting under color of law:
CONSPIRACY TO COMMIT MURDER TO ROBB ME OF MY INHERTAGE / FRADULENT TO STEAL & SALE

MY PROPERTIES ALONG MY BUSINESS COMMERCIAL, NONE COMMERCIAL, REAL ESTATES, BIG COIN

AND BUSINESS LIKE L.C.C HERE IN THE U.S.A AND OVER SEAS / ROBB ME FROM MY FREEDOM !!
AND MOOR CITIZENSHIP ! My Brief case Personnal and Business account all over the world.

(a)
efendant Mitchell Barnes / Raquell Barnes RESIDE IF ANY.
(full name of first defendant)
WOODLEY HILLS CALIFORNIA / ATLANTA GEORGIA
(full address of first defendant)
CLASSIFIED INFORMANTS GOVERMENT INformants
(defendant's position and title if any)

THE defendant is SUED in his / her (CHECK ONE OR both): ☑ individual ☑ OFFICIAL CAPACITY.

Explain this defendant was acting under color of Law: MALICIOUS VERY VINDICTIVE, CLEPTO MANIACE, FRADULENT, CON—ARTIST.

(1b)
DEFENDANT GuadaLupe Rosa's
(full name of first defendant) RESIDE IF ANY.
6566 Fountain AVE APT #7 HOLLYWOOD C.A.
(full address of first defendant)
GOVERMENT INFORMANTS / COMMUNITY WATCHDOG
(defendant's position and title if any) CLASSIFIED INFORMANTS

THE defendant is sued in his/her CHECK ONE OR both): ☑ individual ☑ OFFICIAL CAPACITY.

Explain how this defendant was acting under color of Law: CONSPIRACY TO ROBB ME FROM INHERITAGE PROPERTIES & LIQUIDATION AND MONEY FROM MY BRIEF CASE.

(1?)
Defendant Kathrine Newsom / Lamar Newsom RESIDE IF ANY.
(full name of first defendant)
Lancaster California 93534 / PALMDALE C.A. 9355/
(full address of first defendant
GOVERMENT INFORMANT / CURRUPTIBLE REAL ESTATE AGE
(defendant's position and title if any) PLEASE OTHE CONTINUED PAG
& BROKER. CLASSIFIED INFORMANTS

CONTINUE FROM

CLEPTO, CONSPIRACY TO COMMIT MURDER AND ROBB ME FOR
PERSONNEL FINANCE, SHE IS VERY VINDICTIVE THAT MAKES
HER MALICIOUSE.

(24)

Defendant  Flora Lupe Rosas / BARNES    reside if any
(full name of First defendant)

6566 FOUNTAINE AVE APT # 7 L.A. CA
(full address of first defendant)

GOVERMENT INFORMANTS / LA COUNTY SHERIFF PERSONNEL WORKER
(defendant position title if any) CLASSIFIED INFORMANTS

THE defendant is SUED in his/her (CHECK ONE or both) ☑individual ☑official capacity
Explain how this defendant was acting in a color of Law: CLEPTO, FRADULENT BY
USING FALSE MARRIAGE NOT VALID CERTIFICATION TO STEAL AND GAIN PERSONAL
FINANCES OF PROPERTY AND ACCOUNTS WITH OUT MY CONSENT AND GAIN
AMISTY WITH OUT ME BEING PRESENT OR ATTENDING ANY APPOINTMENTS
CAUSING ECONAMIC PERMANENT DAMAGES & POVERTY HARDSHIP

(25)

Defendant  Nancy Santa Maria Guillen    reside if any
(full name of First defendant)

345 N. Virgil AVE L.A. C.A.
(full address of first defendant)

GOVERMENT INFORMANT OR COMMUNITY WATCHDOG / CLASSIFIED INFORMANTS
(defendant position title if any)

THE defendant is SUED in his/her (CHECK ONE or both) ☑individual ☑official capacity
XPLAIN how this defendant was acting in a color of Law: CONSPIRACY TO COMMIT
FRADULENT AND HELP TO ROBB ME AND LEAVE ME LIVING IN POVERTY / BY DOING
FRADE AND GAINING ACCESS TO PERSONNAL INFORMATION

CONTINUED
OTHER SIDE

(22)

Defendant    Junior Larry Barnes    RESIDE IF ANY
(full name of first defendant )

3321 W. Sunset BL. L.A. CA.
(full address of first defendant )

GOVERMENT INFORMANTS / COMMUNITY WATCH DOG, CLASSIFIED INFERMANTS
(defendant position title if any)

THE defendant is sued in his / her (CHECK ONE or both) ☑ individual ☑ official capacity

Explain how is this defendant was acting under a color of law: CONSPIRACY
TO COMMIT ECONAMIC DAMAGES, FRADE BY STEALING MY BRIEF CASE
ACCOUNTS CAUSING ECONAMIC PERMANENT DAMAGES.

(23)

Defendant    Alan Barnes    RESIDE IF ANY
(full name of first defendant )

3321 W. Sunset BL. L.A C.A
(full address of first defendant )

GOVERMENT INFORMATS / COMMUNITY WATCH DOG / CLASSIFIED Informants
(defendant position title if any)

THE defendant is sued in his/her (CHECK ONE or both) ☑ individual ☑ official capacit

Explain how is this defendant was acting under a color of law: FRAUDULENT
VINDICTIVE, CLEPTO, MALICIOUSE, SELFISH, NEGLICGENCES, CAUSING
ECONAMIC PERMANENT DAMAGES

26

DEFENDANT MUNIcipal Court Micheal Antonovich reSIDE IF ANY
(full NAME OF FIRST defendant)

15 ST W. Lancaster C.A. 93534
(full address of first defendant).

COURT JUDGES, COURT PERSONNEL CLERK, CLERGY, SHERIFF, DISTRICT ATTORNEY
AND Public DEFENDER  COMMUNIT WATCH DOG AND GOVERMEN OFFICIAL INFORMA
(defendants position and title, if any)
POISONIOUSE TREE
THE defendant is SUED in his/her (check one or both): ☑ individual ☑ OFFICIAL CAPCI-
CITY.

Explain how this defendant was acting under color of law : UNFARE
MALICIOUSE VERY VINDICTIVE I FELL VICTIM OFA POISONIOUS TREE
UNFARE DUE PROCESS TO ROBB ME OUT OF EVERY THING MY
BRIEF CASE AUNITITY & FISCAL ACCOUNTS PAYMENTS
OVER DUE AROUND THE WORLD COMMERCIAL & NONE COMMERCIAL
BUSINESS L.L.C RESTRICTED AND NONE RESTRICTED NOT LIMITED TO
ONE REAL ESTATES AND ESTATES USE BY GOVERMENTS ALSO
ROBB ME OUT OF PROCEES OVER SEA'S AND IN OUR HOMELAND OF
THE UNITED STATE OF AMERICA / THATS BEING MALICIOUSE, GREEDY
FRADULENT IMPERSONNATING A STRAWMAN AND ROBBING ME OUT
OF MY GOD GIVING RIGHTS BIRTH RIGHT AND MOORE CITIZENSHIP
THEY ACTED UNDER THE CODE OF PLAIN EVIL TO STEAL MY
FREEDOM AND MY LIFE AWAY FROM ME. LIEING THEY VIOLATED THE
OATH TO DO RIGHT BY THE CITIZEN OF THE UNITED STATES AND
FARE DUE PROCESS. THATS CURRUPTION IN THE GOVERMENT.
AND WITH HOLDING ME AGAINTS MY WILL FOR PROFITS THAT IS
KIDNAPPING THEY ARE VIOLATORS ORDINANCE AND

ARBITRARY
UNFAIR MANNER

(27.)

Defendant Maria Barnes        RESIDE IF ANY
(full name of first defendant)

3321 W. Sunset BL. L.A. C.A / CLAREMONT CALIFORNIA
(full address of first defendant)

GOVERMENT Informent / COMMUNITY WATCH DOG
(defendant position title if any) CLASSIFIED INFORMANTS

THE defendant is sued in his / her (CHECK ONE or both) ☑individual ☑official
capacity.

Explain how is this defendant was acting under a color of law: CONSPIRACY
TO COMMIT HARM ECONOMICLY AND ROBB ME FOR EVERYTHING PROPERTIES
BUSINESS L.L.C IN THE UNITED STATES OF AMERICA COMMERCIAL¢ NONE
COMMERCIAL RESIDENTIAL NONE RESTRICTED RESIDENTIAL COMMERCIAL
AREA'S AND REAL ESTATES. / SHE'S CONIVEING VERY VINDICTIVE
SELFISH, UNRESPONSIBLE, BIAS MUNIPULTIVE AND VERY
NEGLIGENCE, CLEPTO MANIACE AND FRAUDULENT.

(28.)

Defendant Jose Martinez        RESIDE IF ANY
(full name of first defendant)

VERMONT 25 ST. Los Angeles / Palmdale California 93551
(full address of first defendant)

Goverment Informant / CLASSIFIED INFORMANTS
(defendant position title if any)

THE defendant is sued in his/her (CHECK ONE or both) ☑individual ☑official
capacity. Explain how is this defendant was acting under a color
of law: fraudulent, Malicious very vindictive, Conspiracy
TO COMMIT MURDER, CLEPTO MANIACE, organize career
criminal CONSPIED TO ROBB MY BRIEF CASE

FROM OTHER
SIDE

AND CLOSEING BRIEF CASE ACCOUNTS FROM U.C.C AND RE ROUTING ACCOUNTS TO PREVIOUS E NMATE

OF PEOPLE THEY PERSONNALLY CAME ACROSS OR KNOW. AND I FELL VICTIM TO SEARGENT UNLAW

FUL ACT WHILE I WAS IN HIS CUSTODY MORE THAN A FEW TIMES LET ME REMIND YOU

OTHER GOVERMENT OFFICIALS OUR ALSO RESPONSIBLE FOR THIS TOO FOR THE MAIN REASON

WHY I'M SUEING HIM FOR HIS UNLAWFUL CRUEL ACTS AS A OFFICIAL IN THE GOVERMENT

AND SCANDLE OF ABUSE OF POWER. (CURRUPTION IN THE GOVERMENT!) HE SHOULD BE

PROHIBITED FROM WORKING IN ANY GOVERMENT FIELD PUBLIC Safty AND INSIDE Correction

AL-SAFTY for PRISONERS AND There personal Information SUCH AS BRIEF CASE# AND U.C.C:

COULD ALSO BE INVOLVE IN DEPUTY GANG.

Defendant    SGT. B. HAYHURST # 541713  reSIDE IF ANY
(45.)      (full name of defendant if any)

        Pitchess Detention Center P.O. BOX 86164 Terminal Annex L.A. CA 90086
        (full address of first defendant)

                                                    CURRUPTIBLE
        GOVERMENT Informant / CLASSIFIED Informant / SGT. SUPERVISOR
        (defendant's position and title, if any)

THE defendant is SUED in his/her (CHECK ONE OR BOTH) ☑ INDIVIDUAL ☑ OFFICIAL CAPACITY.

Explain how is this defendant was acting under of color of law: Fraudulent

Malicious abuse of Power stealing my U.C.C AND Brief case # Information

ALONG WITH PERSONAL INFORMATION FROM U.C.C AND CHECKS THAT WAS SENT

from them Conspiring TO COMMIT HARM AND THREATING TO KILL ME FOR MY ASSETS

AND PERSONAL FINANCE BY THESE CURRUPTIBLE LAW ENFORCEMENT AND

People From the Little courts NOT LIMITED TO ROBBING ME FOR Defamation.

TO FILE FOR THEM Selves for Personal SELFISH GAIN. ALSO STEALING MY

LEGAL MAIL AND ALL MY CORRESPONDENCE CAUSING UNREPARABLE TIME

CONSTRAIGHTS AND OTHER DELAYS. So this official acted Negligence

and unresponsible and unprofessional under the code Ethic

conduct of blu. / vindictive.

43.

Defendant    SGT. Haze                    RESIDE IF ANY
             (full name of fiist defendant)

             P.D.C P.O. BOX 86164 Terminal Annex L.A.CA. 90086
             (full address of first defendant)

             Goverment Informant / CLASSIFIED INFORMANTS
             (defendant's position and Title, IF ANY)

The defendant is sued in his/her (CHECK ONE OR both) ☑ individual
☑ OFFICIAL CAPACITY.

Explain how this defendant was acting under color of law:
CONSPIRACY TO COMMIT HARM TO A SAINT PRISONER AND CITIZEN
of The United State of America, BY WAYS OF MIS CODE
OF CONDUCT AND ETHIC'S, MONEY LAUNDERING, KIDNAPPING
ENTRAPMENT, USING MENTAL HEALTH AS A WEAPON BY CAUSING UNFARENESS
SEGRAGATION PLACING ME IN POOR NASTY CONDITIONAL FIFTY CELLS WITH FICALMATERS
Loaded cells. VERY VINDICTIVE WITH UPHOLDING LEGAL MAIL FROM THE UNITED STATES
DISTRICT OF CALIFORNIA FEDERAL COURT, MALICIOUSE AND TRESIN.

44

Defendant    SGT. Chaves                  RESIDE IF ANY
             (full name of fiest defendant)    .

             L.A. Twin Tower P.O. BOX 86164 Terminal Annex L.A. C.A. 90086
             (full address of first defendant)

             (GOVERMANt INFORMANT / CLASSIFIED INFORMANT / CURRIPTIBLE
                                                            FRAUDULENT SUPERVISOR.
             (defendant position title if any)

The defendant is SUED IN his/her (CHECK ONE OR both) ☑ individual ☑ OFFICIAL CAPACITY
Explain how is this defendant was acting under a color of Law: Abuse of Authority
CONSPIRACY TO COMMIT HARM BY USING MENTAL HEALTH AS A WEAPON TO CAUSE SEVERE
UNREPAREBLE DAMAGES TO DISABILITIES MENTAL PATIENT SAINT PRISONERS AND
ADDITION NOT LIMITED TO MAJOR DELIBRATE INDIFFERENCES BY JAIL SUPERVISOR TO
UNLAWFUL ACT BY FRAUDULENT AND STEALING MY BRIEF CASE NUMBER AND OPENING

Defendant EMILY J. Cole _____ resides or works at
(full name of defendant if any)

17ST Avenue M. Lancaster C.A. 93534
(full address of first defendant)

GOVERMENT Informant / CLASSIFIED INFORMANTS
(defendant's position and title, if any)

The defendant is sued in his/her (check one or both): ☑ Individual ☑ official CAPACITY.

Explain how this defendant was acting under a court of Law: Dishonest
Malicious, VERY VINDICTIVE CONSPIRACY TO COMMIT FRAUDULENT TO A SAINT
PRISONERS to robb inmates patients prisoners out of there brief case
numbers and opening and closeing them with out owner consent
and conspiracy to robb me out of my fiscal and annuity.
Unprofessional unresponsible, unfare with helding my briefcase
numbers and Checks. NOT LIMITED TO DELIBRATE INDIFFERENCES OTHER
INANCE AND INVESTMENT HERE IN THE UNITED STATES AND U.C.C HERE AND OVER SEA'S LAST
UT NOT LIMITED TO DELIBERATE IN DIFFERENCE Robb me from my liberty.

Defendant Omar Bayan _____ resides or works of any
(full name of defendant if any)

Micheal Antonvich 17ST AVENUE M. LANCASTER C.A. 93534
(full address of first defendant)

CLASSIFIED INFORMANT / GOVERMENT Informant
(defendant's position and title, if any)

The defendant is sued by his/her (check one or both) ☑ INDIVIDUAL ☑ OFFICIAL
CAPACITY.

Explain how is the defendant was acting under a color of Law: DISHONEST
CONSPIRACY TO COMMIT HARM BY ECONOMIC AND UNREPAREBLE DAMAGES NOT
LIMITED TO HURT ME IN ALL MY FINANCE AND INVESTMENT IN THE
UNITED STATES AND OVER SEA'S AND PLAY ME OUT OF MY LIBERTY BY PLACING
ME ON CONTRACT AND TRYING TO WAIVE MY TIME TO Robb me of my U.C.C

Defendant    Samaya far                 resides or works at
             (full name of first defendant)

        P.D.C P.O. BOX 86164 Terminal Annex Los Angeles C.A. 90086
        (full address of first defendant)

        CLASSIFIED INFORMANT / MENTAL HEALTH PERSONNEL
        (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑Individual ☑Official capacity.
Explain how this defendant was acting under color of law: DISHONEST, MALICIOUS
VERY VINDICTIVE, SHE ALOUDE HERSELF TO BE USE BY THE SHERIFF DEPARTMENT
AS A WEAPON MIS USE OF THE MENTAL HEALTH DEPARTMENT TO CAUSE MORE
AND SEVERE ISSUE TO A PATIENT INMATE AND SEGRAGATE ME SOMEWHER
were i wasn't able to reach my legal mail while she partner up
with other goverment official to help assit and robb me and
incovenience me or cause dead line and delays why she allowed
herself or her position and role to cover other goverment
officials while they kept my legal mail and other corresponden
from me and Court United State District courts DUCKETS
WITH PERSONAL INFORMATION PERTAINING MY U.C.C and accounts
other information like Checks, ITs possible if they try to cash
Them and try to sub size the amount. WITH A AMOUNT THAT
wasn't the orginal amount that it was issued. so this mental
health acted very neglicgence prejudice and races.


Defendant   APPLE INC     AND AT&T INC reside IF ANY
            (full name of defendant if any)
            Sillic Cone Valley C.A.
            (full address of first defendant)

            STEVE JOBS AND NEW C.E.O &COMPANY
            (defendant position and title if any )

The defendant is sued in his/her (CHECK ONE or both) ☑INDIVIDUAL ☑OFFICIAL CAPA M

THE defendant is sued in his/her (CHECK ONE or both): ☑individual ☑OFFICIAL — CAPACITY.

Explain how is this defendant was acting under a color of law: VINDICTIVE MALICIOUSLY. CONSPIRACY TO COMMIT UNLAWFUL LAWLESS ACT NOT LIMITED TO SEVERE HURT ME ECONAMIC CAUSING ME LOST WAGES UNREPAIRABLE ECONAMIC DAMAGES, CAREER CRIMINAL, CLEPTO MANIACE, MURDERER NEGLICGENCE, SELFISH.

Defendant | TRAVIS T. Dot / AND MOTHER Rita    OTHER KIDS OF HER   FESIDE IF ANY
(full name of first defendant)

Lancaster C.A. 93534 / Los Angeles California / Palmdale California
(full address of first defendant)

GOVERMENT Informants / CLASSIFIED Informants
(defendant position title if any)

THE defendant is sued in his/her (CHECK ONE or both) ☑individual ☑OFFICIAL CAPACITY

Explain how is this defendant was acting under a color of law: fraudulant MALICICUSE, VERY VINDICTIVE, CLEPTO, NEGLICGENCE, SELFISH

DEFENDANT | Palmdale SHERIFF station      resIDE IF ANY
(full name of first defendant)

SIERRA HWY AND AVENUE Q  PALMDALE CA. 93550
(full address of first defendant)

LT. SGT. JAILERS Watch commander & Captain, and
(defendant position title if any) Deputies / COMMUNITY WATCHDOG

The defendant is sued in his/her (CHECK ONE or both) ☑individual ☑official capacity

Explain how is this defendant was acting under a color of law: FRAUDULANT, CURRUPTION OF THE GOVERMENT MISCONDUCT OF THE CODE ETHIC OF BLL MALICIOUSE, MIS USE OF THE GOVERMENT

Defendant | Max Hudson                    resIDE IF ANY
(Full name of first defendant

Lake Isabella California / 696 E. Avenue J-9 lancaster C.A. 93534
(full address of first defendant/)

GOVERMENT Informant / CLASSIFIED INFORMANT
(defendant position title if any )

The defendant is sued in his/her (CHECK ONE or both) ☑INDIVIDUAL ☑OFFICIAL CAPACITY
Explain how is this defendant was acting under a color of law: CONSPIRACY
TO ROBB ME FOR EVERYTHING CAUSING ME ECONAMIC UNREPAIRABLE DAMAGES
Lost of wages and time from my life.


Defendant | Diana Marie Bettencourt / AND KIDS   resIDE IF ANY
(Full name of first defendant)

Los Angeles / South Gate / Lancaster California / Palmdale California
(full address OF FIRST defendants

GOVERMENT INFORMANT / CLASSIFIED INFORMANT
(defendant position title if any )

THE defendant is sued in his/her (CHECK ONE or both ) ☑Individual ☑OFFICIALCAPACITY
Explain how is this defendant was acting under a color of law: VERY
MALICIOUSE, VINDICTIVE, CLEPTO-MANIACE NOT LIMITED TO CONSPIRACY TO
COMMIT ECONAMIC UNREPAIRABLE DAMAGES AND SEVERE LOST WAGES

                                          OTHER KIDS        resIDE IF ANY
Defendant | NAZAREITH CHEPO Quintanilla / Naizarea Quintanilla
(full name of first defendant

45611 Bershire  AVE  Lancaster C.A. 93534 / 696 E. AVENUE J-9 Lancaster C.A.9353
(full address of first defendant ) OTHER location South Gate California

Goverment Informant / CLASSIFIED INFORMANTS
(defendant position title if any

Exhibits-A

SIGNATURE OF WITNESS & VICTIM OF RETALIATION OF ARBITRARY
TYRANNY GOVERMENT BY GOVERMENT OFFICIALS  THAT'S IN SOCIAL
JUSTICE!"          Wolff
                    vs
              McDonnell

| FIRST & LAST | BOOKING NUMBER | INMATE SIGNATURE |
|---|---|---|
| Mike Malone | 6688610 | M/ |
| Ricardo Bravo | 6694558 | |
| Alvin Tyson | 6681041 | Alvin Tyson |
| RYAN HOFFMAN | 6694983 | |
| Michael Bacca | 6701519 | |
| Jesus Murillo | 6726905 | |
| Marco Perez | 6492057 | M Perez |
| ERIC A MACIAS | 6701746 | Eric A M |
| Daniel Delaveaux | 6698535 | Delaveaux |
| Oswaldo Alonso | 6703617 | |
| John Joker Guerra | 6595742 | Guerra |
| Danie Tiamac | 6620806 | |
| Sadrick Lamb | 6668031 | S. Lamb |
| Daryl Heaps | 6708605 | Daryl Heaps |
| DeShin Wells | 6726868 | |
| JONATHN BROOKS | 6665449 | |
| Don Moon | 6697492 | |
| JAIME MARTINEZ | 6719514 | |
| DEANDRE DANNY JONTE BARNES | 6559109 OLD  6426721 NEW | Barnes |

GOVERMENT OFFICIALS ARE NOT IN TITLE OF ANYONE STOCK & BONDS ASSETS
REAL ESTATE, BUSINESS START UP L.L.C AND ANNUITTY, TYCOON, PERDIEM
FISCAL SALARY FROM A MONARCHY, HIERARCHY OF SUCH STOCK & BOND
HOLDER THAT COMMITTING SUCH UNLAWFUL ACTS COMPROMISE THE
OATH FOR WHICH WE PLEDGE WHEN TAKING SUCH GOVERMENT
POSITION UNDER THE UNITED STATE CONSTITUTION SHOULD MADE

TO MIS USE THE JUSTICE DEPARTMENT TO TAKE ADVANTAGE
OF CITIZEN WITH ACUTE OF ANY MENTAL HEALTH DISORDER OR
EMOTIONAL. BECAUSE THE PERSON OF THIS SAME APPLICATION &
VICTIM OF SUCH ARBITRARY WHICH I CERTIFY I SUFFER
FROM A STRESS & EMOTIONAL DISTRESS CAUSE BY GOVERMENT
OFFICIAL IT DOESNT GIVE THE RIGHT TO A KANGAROO COURT
IN LANCASTER DEPARTMENT 21 KNOWN AS EMILY J. COLE THE RIGHT
TO EXCERCISE EXCUTIVE DECISION PERTAINING MY ASSETS OR
PERSONAL FINANCES WHICH SUPPOSED TO KEEP ME AFLOAT !!!
AFTER MAKING AND NOTIFYING THE KANGAROO COURT OF U.C.C
RELEASING MY STOCK'S & BOND AND AWAITING TRIAL TO
PROVE MY INNOCENSE AND DEALING WITH EXTREME
COURT BATTLE OF TRICKERY SCHEMS AND STRESS
AFTER GETTING A SECOND OPINION FROM ANOTHER MUNICIPAL
JUDGE AT CRIMINAL COURT BUILDING DEPARTMENT 44 I
EXCERCISE MY FIRST ADMENMENT TO NOTIFIED THE SENTENCING
COURT THAT I'LL FILE MY UNIFORM COMMERCIAL CODE & MY
MERIT WAS VIOLATED BY THE COURT OF LANCASTER DEPT # 21 THAT IF I
WAS TO TAKE THIS PROGRAM TO FINISHING HANDLING MY LEGALITY
LAWSUITS THAT THIS WOULDNT HURT OR EFFECT MY SOVERTY OR
U.C.C FILING TO RETRIEVE ALL MY STOCK & BONDS !!! ALSO I LIKE TO ADVIS
THE COURT THAT THESE DEFENDANT MIS USE ME & DIDNT GET AUTHORIZATION PERMISSION
TO SHOOT  PORNO AND MANIPULATE GOVERMENT FACILITIES I OWN
TO MANIPULATE MY DAUGHTER AND OTHER PEOPLE
I KNOW AND OCCUPY MY PROPERTY FOR PIMPING
PANDERING INSLAVING FOR PROFIT & PERSONAL GAIN,
(on THIS OTHER REASON MAX VIANA RAYMOND KENNY GABORIEL

MIS USE THERE GOVERMENT POSITION TO CAUSE TYRANNY
FALSE PRETENSE FALSE IMPRISONMENT TO OVER THROW
A MONARCHY AND TRUE HIERARCHY IN JAIL & STAINE
MY RECORD I CERTIFIED THAT THIS STATEMENT IS
TRUE AND UPON MY RELEASE FROM THIS CRUEL & UNUSUAL
IN SOCIAL JUSTICE PUNISHMENT BY THE LANCASTER COURT
DEPARTMENT 21 I WILL ARRIVE WITH MY COUNSEL &
LEGAL DOCUMENTS & SHOW CAUSE WITH OTHER DOCUMENTS TO SHOW
PROOF & CAUSE TO LEAVE ALL THESE DEFENDANT TO ANSWER
WHY DID THEY ABUSE THERE POWER OR COMPROMISE
THERE POSITION TO COMMIT THESE TREASON & FRAUDULENT
ACT AND TO INSLAVE A MONARCHY CHILD SEXUALLY
EXPLOITED HER IN A POOR CRUEL MALICIOUSE WAY
AND CAUSE HER FATHER FALSE IMPRISONMENT !!!
THE PEOPLE HAVE ALREADY SPOKEN THAT THE
MAXIMUM FOR SUCH OFFENSE IS APPROPRIATE
FOR THEM THAT THE HIGH COURT OVER TURN WHAT
LANCASTER DEPT 21 & C.C.B DEPT 44 DID! STEALING MY
MERIT & CAUSE ME BY WAYS OF COURT TRICICERY.
SCHEMS TO BE ANOTHER VICTIM BY A POISONIOUSE
TREE AND NOT HAVE A FARE DUE PROCESS DURING AND
AWAITTING TRIAL THE ARTBITRARY AND TOUCH STONE
Wolff VS. Mc Donnell 418 U.S. 539, 558, 945. CT. 2963(1974) THE
TOUCH STONE OF DUE PROCESS IS PROTECTION OF THE INDIVIDUAL AGAINST
ARBITRARY ACTION OF GOVERMENT. " 3.515 U.S. 472, 1155 CT. 2293(1995
MAY JUSTICE TRUILLY PREVAIL !!!    11-30-23    DATE    THE PETITIONER OF LAWSUITS    BK#
6559109    NEW
6426721    OLD

BEEN COMMITTING FRAUDE ALONG WITH OTHER GOVERMENT
OFFICIALS AND MANIPULATED THE COURT SYSTEM TO
FRAUDLY INCARCERATED ME TO CAUSE TYRANNY
I'M ASKING THE HIGH COURT FOR THE MAXIMUM
SENTENCE IN FEDERAL PRISON AND FIRED THESE
GOVERMENT OFFICIAL AND THERE CO DEFENDANT TO CAUSE THEM TO
RESIGN RIGHT AWAY! THEY HAVENT EVEN PAID THERE RENT
OR NOTIFIED ME OF SUCH UNLAWFUL ACT'S OF CONDUCT
   TAKING  PLACE IN MY PROPERTY REAL ESTATE
OF BUSINESS THESE PEOPLE BEEN INSLAVING MY
DAUGHTER AND GIVING HER DRUGS TO CONTROL
MANIPULATE TO SEX TRAFFICKING TO RANDOM
PEOPLE I'M ASKING FOR THE MAXIMUM FULL
FEDERAL SENTENCE AND TO DEPORT THESE KNOWE CITIZEN OUT
OF THE UNITED STATE OF AMERICA TO PAID ANY
APPLICABLE FINE THAT WAS STATED BY THESE
DEFENDANT AS SOON AS POSSIBLE THEY BEEN
USING AND POSTING THESE CONTENT ON PORNHUB
ONLY FANS JUST A FEW TO MENTION ALL OF THIS
WAS DONE IN MY PROPERTY WITH OUT MY
CONCENT SO I'M ASKING THE HIGH COURT OF
THE UNITED STATE TO PLEASE GET INVOLVE TO
PLACE HEAVY PENALTIES AND MAXIMIZE HEAVILY
THERE PUNISHMENT AND TO PAY ME FOR ALL
LOSS OF WAGES AND PERMINEY DAMAGE'S THAT
WAS CAUSE BY THEM FRAUDULENT USING MY DOCUMEN
IDENTITY FRAUDULENTLY & TRYING TO STEAL MY PROPERTY ALSO

*EXHIBIT A*

ATTENTION· LT. OFFICER & CAPTAIN OFFICER

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## INMATE GRIEVANCE FORM

**Is this grievance an emergency?**
**¿Es ésta queja una emergencia?**

☐ YES   ☒ NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

See the back copy for instructions.
All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 calendar days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
Solamente una queja por forma.

| NAME NOMBRE | BOOKING NUMBER SU NÚMERO DE PRESO | FACILITY FACILIDAD | HOUSING LOC. LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| DEANDRE BARNES | 6559109 | NORTH | 2 | 8·25·23 |

### I HAVE A GRIEVANCE ABOUT THE FOLLOWING:

**GENERAL SERVICES**
- ☐ Living conditions
- ☐ Classification
- ☐ Food
- ☐ Telephone
- ☐ Showers
- ☐ Visiting
- ☐ Property
- ☒ Mail
- ☐ Commissary/Account Balance
- ☐ Clothing/Linen/Bedding
- ☐ Educational/Vocational Programs
- ☐ Other (explain below)

**MEDICAL/MENTAL**
- ☐ Medical Services (Place in envelope)
- ☐ Mental Health (Place in envelope)
- ☐ Dental (Place in envelope)
- ☐ Americans with Disabilities Act (ADA)
- ☐ Other (explain below)

**STAFF**
- ☐ Custody Personnel
- ☐ Medical Staff
- ☐ Mental Health Staff
- ☐ Other (explain below)

*Optional (check only if applicable):*
- ☐ Use of force
- ☐ Retaliation
- ☐ Harassment
- ☐ Racial or identity profiling

Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information)

### PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:

DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE

ON TODAYS DATE 7-24-23 I NOTICE BUT COULDNT HELP THAT I HAVENT BEEN RECIEVEING ANY OF MY LEGAL CURRESPONDEN ITS BEEN OVER A MONTH TO THE DATE I COULDNT HELP BU NOTICE FEDERAL LAW SUE AGAINT THIS DEPARTMENT I T

If needed, additional space is provided on the back of this pag

- ☐ In the event I am released prior to the dispos... ...e, I waive my right to receive a mailed notification of the resolution.
- ☐ In the event I am released prior to the dispos... ...nce, I would like to receive a mailed notification of the resolution.

Mailing address _____ State ____ ZIP ____ Phone (___) ____

**Attention:** Conflict Resolution may be available and is v... ...the inmate and the involved personnel to address a grievance instead of the Department conducting a perso... ...n and determining a finding to resolve the grievance.

Inmate's Signature
X

------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE -------

| Employee Receiving Grievance | Employee # | Date and Time of Collection and Review |
|---|---|---|
| SGT. B. HAYHURST #541713 | | TIME ST... AUG 26 PM 4:31 |

*Watch commander notified of emergency grievance   LT. ASMUSA  4/200 (typical?) 05/25/23   10:35 (time)

This grievance ☐ was ☒ was not handled as an emergency. If not, please explain below.

**Note:** Any aspect of an emergency grievance determined to be non-emergent will be processed within the standard time frame.

If a disposition was rendered, please complete:

| FINDINGS | RELIEF | BRIEF SUMMARY OF ACTIONS TAKEN |
|---|---|---|
| ☐ SUSTAINED | ☐ GRANTED | INMATE NOT PROPER. |
| ☒ SUSTAINED IN PART | ☐ GRANTED IN PART | Slewing 914 5/30/23 |
| ☐ NOT SUSTAINED | ☐ DENIED | LEGAL MAIL IS LOGGED AND PASSED OUT |
| ☐ INCONCLUSIVE | ☐ RELIEF UNAVAILABLE | MONDAY-FRIDAY |

Full disposition shall be entered in the Custody Automated Report Tracking System (CAR (Date/Time)

EXHIBIT B

Copy

23-49-00706

## COMPLAINT

## ACLU OF SOUTHERN CALIFORNIA

### BELOW TO BE FILLED OUT BY ACLU STAFF ONLY

**INPUT DATE:** November 17, 2023          **ACLU RECORD #:** LA33213

**COMPLAINT DATE:** October 23, 2023

**INCIDENT DATE:** October 23, 2023

**NAME:** DeAndre Barnes

**BOOKING #:** 6559109          **FACILITY:** Pitchess Detention Center North

**INQUIRY:** Barnes reports that various deputies are retaliating against them due to their previous reports of sexual assault incidents against LASD. Barnes reports that they were sent to a "confined space" in HOH housing without an explanation. While in HOH, Barnes did not have access to the phone nor grievance forms, Barnes also believes that deputies are preventing their court paperwork, legal mail, receipts, and other checks from being delivered to court as continued retaliation. Barnes states: "I'm scared for my life." Please investigate and provide Barnes with the necessary protection.

### BELOW TO BE FILLED OUT BY LA SHERIFF'S DEPARMENT STAFF ONLY

DATE RECEIVED: _____          RECEIVED BY: _____ ____

FORWARDED TO: _____     DATE: _____     TIME: _____ ____

RESULT OF INQUIRY:

_DUPLICATE TO 23-48-00986._

SIGNATURE OF INCARCERATED PERSON: _____     DATE: _____

NAME OF REPORTING STAFF: _____

DATE SENT TO ACLU: _____

DEC 4 '23 PM 3:5E

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

## Interim Status Notification

## Incident Details

Incident ID
23-48-00986

Dept Made Aware On
12/01/2023

Inmate
BARNES, DEANDRE #6559109

Handling Unit
TTCF Grievance Team

Category
Sheriff

## Interim Status

- Denied - Late Submission (Investigation Ongoing). An investigation into this incident will occur and any appropriate action will be taken if necessary. No further notification will be provided regarding this incident.

Status Notification Issued By
Jansen #543256



_____    _____
Inmate Signature                    Date

**Housing as of 12/12/2023 11:07**  _Facility:_ NORF  _Module:_ NO3  _Pod:_ A  _Cell:_ 0018

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

ATTORNEYS FOR:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DEANDRE DANNY JONTE BARNES

Plaintiff(s)

VS

Los Angeles County SHERIFF

Defendant(s)

CASE NUMBER:

**STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE PURSUANT TO TITLE 28 U.S.C. § 636(c)**
(For use in Report and Recommendation Cases Only)

*THIS FORM SHALL BE USED ONLY IN CASES THAT HAVE BEEN ASSIGNED TO A DISTRICT JUDGE AND REFERRED TO A MAGISTRATE JUDGE FOR A REPORT AND RECOMMENDATION. (NOTE: PARTIES IN HABEAS CASES SHOULD USE FORM CV-11B)*

I.  **NOTICE REGARDING CONSENT TO A MAGISTRATE JUDGE PURSUANT TO LOCAL RULE 73-3**

1.  In accordance with the provisions of 28 U.S.C. § 636(c), all parties may consent to a Magistrate Judge to conduct all further proceedings, including jury or non-jury trial (if applicable), and entry of final Judgment, by executing and filing a joint (or separate) statement(s) of consent, setting forth such election.

2.  Approval by the assigned District Judge is not required for cases referred to a Magistrate Judge for a Report and Recommendation.

3.  Parties are free to withhold consent to Magistrate Judge jurisdiction without adverse substantive consequences.

4.  If all parties consent to the jurisdiction of a Magistrate Judge, any appeal would be made directly to the United States Court of Appeals.

II.  **CONSENT TO A MAGISTRATE JUDGE**

I voluntarily consent to have a United States Magistrate Judge conduct all further proceedings in this case, including a trial (if applicable), and order the entry of final Judgment.

| Name of Counsel OR Party if Pro Se | Signature and date | Counsel for (Name Parties) |
| --- | --- | --- |
| DEANDRE BARNES | 11-23-23 BK# 6559109 BK# 6426921 | MY SELF DEANDRE BARNES |
| | | |
| | | |
| | | |
| | | |

STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE PURSUANT TO TITLE 28 U.S.C. § 636(c)
CV-11 (05/16)          (For Use in Report and Recommendation Cases Only)



Afa Davit
Emergency LETTER AND Declaration:
Dear Jugde Otis Wright   WHICH I CERTIFY
                                                                    10-28-2
        I'm writting this short and Brief letter to inform you
that the sheriff department been stealing my correspondence
with my recite to ducket numbers and other court infor
lation the high court have sent me i havent been able to
see what you SAID because the sheriff been doing alot
of ugly things to me while the whole time i been incarcer
Ted and I've been very frustraighted and disappointed
in the handling of the department. I urged to quickly and speedily help me, being that i was a
SEXUAL ASSAULT VICTIM by this evil department and
bureals ineed the courts to send ordinance and court order
to allowed me recieve all my mail and also have access
to the legal Library as soon as possible they have stole
my information to commit fraude other situation
to cause Delays and other setbacks to continued to
cause me more grief and CALAMITIES please be
aware to make sure the courts pay closed atten
on and trickery schems by this evil fraudulent
department by also trying to have the little court
demmnd the court to stop stealing my check

action and I am requesting the following for you guys to stop and hold on such fraudulent payment to "Max Viana" Kiyonie Nicole Davis, "Raymond Kenny Laboriel" or SENIOR, Destiny M. Clara, Lorie Clara Argelia laborie Colon and Zenida LizBETH Laboriel Naldie". I am asking that you speedily red flag these con fraudulent artist and Junior Larry Barnes, "Alan Barnes" Raquell Barnes, Mitchell Barnes, Maria Barnes Flora Lupe Rosas and it's possible she can be saying she's a Barnes and using that as a last name so they continued to steal robb me out of my inheritage and oil from my land please I urgently ask you too stop and red flag them as soon as possible

              Last but not lease
I am asking for a 1099 form along with a form 56 and 54 as soon as possible and other forms that I to prevent scammers from doing fraudulent activity of fake ownership
   Thank you sincerly DeAndre Tony JonteBarnes OLD
              BK# 6559100766726721

11-2-23
DATE    PETITIONER SIGNATURE
              11-2-23
              DATE    MOREJON 696
              correctional Deputy officer signature

PLEASE CONTINUED

what the emergency Affidavit to show cause, to show cause, these deputies be ending to me !!!

This Proof of service, Serves PLAINTIFF and original Petitioner the right to recieve legal mail and is right to recieve mail and service by Our United States of America Constitution and the law to protect and reserve his rights under The United States Constitution ... I further certified that during the past seven years I also didnt recieve any of my checks from an past law suits with in the past seven years or claim, by any false Defamation from to United States District Court Central District of California the COURT & POLICE COMMISSIONER, FBI to serious LEGAL MAIL I AM THE ORIGINAL PETITIONER ASKING CONDUCT A SERIOUSE INVESTIGATION !!!

I UNDERSTAND THAT A FALSE STATEMENT OR ANSWER TO ANY QUESTION IN THIS DECLARATION, will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment

Proof of Service

3. AND ANY ADDITION APPLICABLE FINE THAT WAS CHANGE WITHOUT PETITIONER CONSENT UP TO FIVE years 18 U.S.C SECTIONS 1621
OF A 42 1983 U.S.C LAW
TO THE AMOUNT
SUES

I CERTIFY THAT THE PERSON WROTE THE DAILY NEWS IS THE SAME PERSON IN THIS LETTER, Anyone get caught opening 6 or 8 PERSON IN THIS LETTER, Anyone get caught opening 6 or 8
I AM NOT OF SEVERLY BEEN LEGALLY MARRIED !!!

STEALING THIS LETTER IS SUBJECT TO 5 years in prison/or a fine
$250,000, 777, 777, 777, 777, 777, 777, 777, 777, 777, 777

BOX# 6659109
BOX# 608-727
777

R. SAGRERO    6-13-32-4    10-13-23 &4 777, 777, 777, 777, 777, 777, 777 x 4/6
CORRECTIONAL OFFICER SIGNATURE    DATE PETITIONER SIGNATURE

10-12-23
DATE

PLEASE BE ADVISED !!! THAT THE FOLLOWING STOLE MY ANNUITY.

I HAVENT RECIEVED ANYTHING ON MY U.C.C AND THE COMMITTEE.

PERSON THE FOLLOWING OFFICER'S ARE INVOLVE SGT. BASEY, SGT B. HAYHURST, SENIOR OH CUSTODY KIM KARDASHIANE Flora Lupe ROSAS ZENDA LABORIEL N. DIEZ, LEE BID, L.A. Argalion PERSONNEL GARIBY CUSTODY PERSONNEL LAYSON SGT. CHAVES L.A. TWIN TOWERS FRANK PIMENTEL MAN Jeff BEZOS "EMILY J.COLE", "OMAR BOYAN", "MAX VIANA", "ARIN VIANA" AND SGT. PIMENTE CUSTODY PERTONER VASQUEZ SGT. KEE SEE SGT. HAZE DEPUTIES MARY A. BARNES DAVID NAYOLA KENNY RAYMOND LABORIEL ALEX IN SANCHEZ, DEPUTIES GARCIA, DEPUTIES VALLEJO, DEPUTIES MISS AM AFTER THESE OFFICER OUR PITCHESS DETENTION OFFICERS AND L.A. TWIN TOWERS SUPERVISOR CORRUPTION IN Los Angeles County JAILS GOVERMENT FACILITIES. ACTION REQUESTED TO REGAIN MY LIBERTY AND RIGHTS OF ALL MY STOCK AND BONDS FROM MY U.C.C AND MOORSHIP IDENTIFICATION CARD AND RIGHT SEE CALIFORNIA OF EUREKA !!!

Exhibit-E

CONTINUED FROM OTHER SIDE !!!

THERESMORE!!!

X 46 YRS

777 777 777 777 777 777 777 777 777 ...

ANY ADITIONAL AND OTHER INVESTMENT UNCLAIM

THE FAIL TO NOTIFIED

777 MONEY THAT WAS STOLEN & UNRECOVERED

777,777 ALL OF STOCK & BONDS THAT

STOLEN OVER THE YEARS AND DIDNT SAY NOTHING

ALL OF THE MONEY OF THE BANKS & INVESTMENT LOANS AND START UP

THEY FAIL TO GIVE ME OR NOTIFIED 777 ... AND OTHER BRIEF CASE

OF LLC INC. THEY ARE STILL WITH HELDING

INTERNAL REVENUE I AM HERE

AND ALL PUBLICATION

TREASURE WHERE YOU AT 777

BY POLITICIAN AND NOT GIVING ME MY MONEY INBIZZLEMENT

START OFF !! 777 777 X 777 + X 777

AND THIS IS TO

FORGET I FUNDED THE WAR !!! AND THE MONEY FROM FEDERAL RESERVE 777 PLUS YALL

X 46 AND THE MONEY MY FATHER & GRAND FATHER DIDNT COLLECT AND KEPT BEHIND 777

X 46 YEARS MY DSCAL ANNUAL AND PERPETUAL MY MOORS SALARY

Emergency court-up date of A Davit
It's very likely they been commiting
Treason and trying to steal all my defamiation...

PLEASE BE AWARE THEY MOVE
ME ON 9-21-23 AND THEY KEPT
MY CORRESPONDENCE...

PLEASE MAKE THE COURT AWARE WITH THIS DECLARATION THAT WHILE I WAS AT PITCHES
DETENTION CENTER I WAS RETAILIATED BY GOVERMENT OFFICIALS AND BUREAUS AND THE LIT
COURTS FAIL NOT PROTECT ME BY LOS ANGELES COUNTY SHERIFF DEPARTMENT EVEN AFTER
TOLD THEM I'M A SEXUAL ASSAULT VICTIM TO NOW NOT LIMITED TO DELIBATE INDIFFERENCES
ON THE DEPARTMENT EVEN AFTER I TOLD THEM THAT I WAS SEXUAL ABUSE ON...---
8-29-23 AT THE "THE FACILITIES WHERE I'M AT IS WHERE I'M AT NOW BECAUSE THE L.A
SHERIFF DEPT BEEN TRYING TO STEAL MY COURT FILER FEES AND PROOF OF SERVICE FROM
MY GRIEVANCES AND OTHER COMPLAINT AND DELAY MY PETITION TIME CONSTRAIGHTS EVEN QUAL
MY U.C.C FILER FEES AND LEGAL MAIL AND ITS PROBABLE THEY BEEN STEALING
— THE UNITED STATES CENTRAL DISTRICT COURT OF CALIFORNIA THE SHERIFF TRY AND
REFLIP IN OTHER WORDS RE INVEST WITH OUT MY CONCENT WITH OTHER INVESTMENT AND
BRIEF CASES NUMBERS BEFORE THEY DECIDED TO FINALLY LET ME LOSE SO THE SHERIFF
DEPARTMENT AND GOVERMENT CLASSIFIEING INFORMANTS USE MENTAL HEALTH AS A
WEAPON TO CAUSE ME MORE GRIEF AND MORE MENTAL ANGUISH HARDSHIP, POVERTY AND
CALAMITY IN MY LIFE BY SEGREGATING ME TO A NASTY CONFINEMENT TO STEAL MY CHECKS
OR RECITE WITH COURT PROCEEDING INSTRUCTION. I'M ASKING THE HIGH COURT
TO PLEASE SEND SAME SAME AND GIVE ORDINANCE AND PLEASE SUBPENA ALL
EVIDENCE FROM CAMERA FROM PITCHES DETENTION CENTER AND LOS ANGELES
COUNTY JAIL AND ALL TWINTOWERS AND ALSO SUBPENA A.C.L.U COMPLAINT
AND GRIEVANCES I MADE SINCE 2020 ALL THE WAY TO THE PRESENT AND CURRENT
TODAY'S TIME AND ON GOING CURRENCES NOT LIMITED TO INSPECTION GENERAL
OFFICE COMPLAINT I HAVE MADE AGAINST THE L.A. SHERIFF DEPARTMENT AND
MENTAL HEALTH FOR VIOLATING TITLE 15 ORDINANCE, DEPARTMENT OF OFF
FACILITIE RULES AND REGULATION AND MARSEY LAW, VICTIM RIGHT'S HUMAN
RIGHT AND PRISON RAPE ELIMINATION ACT BY THIS CRUEL AND UNUSUAL DEPARTMENT
NOT LIMITED AND LAST DELIBRATE INDIFFERENCES ALL THE IN SOCIAL JUSTICE
AND RETALIATION I HAD SUFFERED DURING MY INCARCERATIONS. CONTINUED OTHER
A SERIOUSE VIOLATION OF THE CONSTITUTION OF AMERICA

"CONTINUEING FROM OTHER SIDE!"

10-18-23
DATE

COPIES BY DEPUTIE
TORRES
OFFICER SIGNATURE

65523
SERIAL NUMBER

Emergency Proof of Service Afa Davit
Serves to defraude corruptible goverment and
Authority in the legal justice department that it been legally married
This proof of service, serves PLAINTIFF AND THE ORIGINAL Petitioner the right to recieve legal mail on
and his right to recieve mail and service by the federal court and by our United State of Amer
Constitution and the law to protect and reserve his rights with out predjuice and fraudculent
unlawful acts by local and state goverment Wolfes Vs. Donnell 418 U.S. 539, 558, 945, Ct. 2963 (1974)
The touchstone of due process is protection of the individual against arbitrary action against goo
Ment.") 3.515 U.S. 472, 1155. Ct 2293 (1995.) I further certified that during the past seven years A
I didn't recieve any of my CHECKS FROM ANY PAST AND ISSUES WITH IN THE LAST SEVEN YEARS IN THE UNITED ST
of America or in California or Even by The United State District Court of Central District
California. I understand that a false statement or any CHANGES TO QUESTION ON MY U.C.C
or Sexual Assault declaration will subject you to penalties for perjury and I further
understand that a perjury or stealing is punishable by a term of imprisonment
5 years or more depending on the amount and special certain CIRCUMSTANC
on the FRAUDULENT OR TRICKEY SCHEMS OF THE OFFENSE BY WAYS OF TREASON
by local or state goverment and defama- towers along with any third parties by
a Fine or AMOUNT $777, 777, 777, 777, 777, 777, 777, 777, 777, 777, 777 777
777, 777, 777, 777, 777, 777, 777, 777, 777, 777, 777, 777, 777, 777, 777, 777,
777, 777, 777, 777, 777, 777, 777, 777, 777, 777, 777, 777, 777, 777, 777, 777,
777, 777, 777, 777, 777, 777, 777, 777, 777, 777, 777, 777, 777, 777, 777 x
ALL APPLICABLE CHARGES BY THE FEDERAL LAW!!!

EXHIBIT F



DEANDRE BARNES BK#65579109 NEW / BK#64121J OLD
P.O. Box 86164 Terminal Annex
Los Angeles CA. 90086

HOH

LEGAL MAIL

THIS IS EMERGENCY
ATTENTION: RON, HANSEEN

Daily News & LEGAL Dept
181 W. Huntington Dr. SUITE 208
Monrovia C.A. 91016

FRANK

U.S.A

**COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT**

EXHIBIT-6

| Is this grievance an emergency? ¿Es ésta queja una emergencia? | **INMATE GRIEVANCE FORM** |
|---|---|

YES ☐   NO ☐

See the back copy for instructions.

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

All grievances must be filed within 15 calendar days. Grievances will be responded to within 15 days. Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
Solamente una queja por forma.

| NAME / NOMBRE | BOOKING NUMBER (SU NÚMERO DE PRESO) | FACILITY (FACILIDAD) | HOUSING LOC. LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| DeAndre Danny Jonte Barnes | 6559109 6426721 | P.D.C NORTH | BUILDING 2 | 11-17-23 |

REFERENCE NUMBER:

INMATE NAME: DeAndre Danny Jonte Barnes

**I HAVE A GRIEVANCE ABOUT THE FOLLOWING:**

| GENERAL SERVICES | MEDICAL/MENTAL | STAFF |
|---|---|---|
| ☐ Living conditions  ☐ Classification | ☐ Medical Services (Place in envelope) | ☒ Custody Personnel |
| ☐ Food  ☐ Telephone | ☐ Mental Health (Place in envelope) | ☐ Medical Staff |
| ☐ Showers  ☒ Visiting | ☐ Dental (Place in envelope) | ☐ Mental Health Staff |
| ☐ Property | ☒ Americans with Disabilities Act (ADA) | ☐ Other (explain below) |
| ☐ Mail | ☐ Other (explain below) | *Optional (check only if applicable):* |
| ☐ Commissary/Account Balance | | ☐ Use of force |
| ☐ Clothing/linen/Bedding | | ☐ Retaliation |
| ☐ Educational/Vocational Programs | | ☐ Harassment |
| ☐ Other (explain below) | | ☒ Racial or identity profiling |
| | | Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information) |

**PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:**

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|

ON 8-29-23 on a friday afternoon the hours between 2:30pm and 4:30pm Custody LEGAL MAIL PERSONNEL GARIBY WAS MAKING HIS LEGAL MAIL ROUTINE DROP OFF WHILE I WAS SITTING ON THE BENCH IN FRONT OF E-ROW AT THE NURSE STATION AND I ASK OFFICER GARIBY IF HE CAN SIGN MY Uniform Commercial Code 421983 U.S.C AND SO HE DID AND TOOK IT

*If needed, additional space is provided on the back of this page.*

☐ In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
☐ In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.
Mailing address _____ City _____ State _____ ZIP _____ Phone (___) _____

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

Inmate's Signature
X

------------------------------ FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE ------------------------------

Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS).

**FRONT PART 3 (PINK COPY)**

Yellow – Inmate copy at time of disposition for an emergency grievance      Pink – Inmate copy at time of submission

## Emergency Grievances

- If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life or safety, notify custody personnel immediately. You may request that a grievance be handled as an emergency by marking an "X" in the "YES" box located in the top left corner of the Inmate Grievance Form. An emergency grievance is defined as an urgent matter wherein a disposition according to the regular time limits would subject you to immediate risk of death, personal injury, or irreparable harm. A written response will be provided within five (5) calendar days documenting what action was undertaken.

## General Grievances

- As an inmate within the custody of the Los Angeles County Sheriff's Department, you have the right to submit a grievance relating to any condition of confinement using the Inmate Grievance Form.  In addition, you also have the right to appeal any disposition regarding your grievance.
- You may obtain an Inmate Grievance Form from your housing location or notify a staff member to obtain one for you.
- All inmate grievances must be as complete as possible.
- All grievances must be submitted to the Sheriff's Department within 15 calendar days of the event upon which the grievance is based, or they will be denied. Exceptions may be made for grievances involving allegations of force, or the Prison Rape Elimination Act (PREA).
- Once the results of the grievance have been determined, a written response will be provided to you, generally within 15 calendar days after the submission of the grievance.
- You will be asked to sign the written response upon receipt.
- All appeals shall be submitted on an Inmate Grievance Appeal Form which will be provided to you when you are notified of the disposition of your grievance.
- Failure to file a grievance or appeal may waive rights to seek relief from a court of law.

## Americans with Disabilities Act (ADA) Request/Grievance Procedure

- The grievance must contain your name, booking number, housing location.
- Include a brief description of what you are grieving.
- Indicate the actions you are requesting for the Department to take to correct any alleged violation(s).
- Grievances should be addressed to the Custody Division ADA Coordinator:

**Los Angeles County Sheriff's Department - Custody Division ADA Coordinator**
**Custody Compliance and Sustainability Bureau**
**450 Bauchet St., Room E-883, Los Angeles, CA 90012**
**Phone: (213) 893-5500   TTY: (323) 267-6669  Email: adacompcus@lasd.org**

- You may request an informal meeting regarding accommodations through the Custody ADA Coordinator to discuss the grievance.
- Using this informal request/grievance procedure is not a requirement under federal regulations, nor does it prevent you from filing a grievance with the appropriate federal enforcement agency.
- Alternatively, your ADA request may be submitted on the Los Angeles County Sheriff's Department Inmate Request Form.

## Prison Rape Elimination Act (PREA)

The Los Angeles County Sheriff's Department has zero tolerance for sexual abuse and abides by the standards set forth in the Prison Rape Elimination Act of 2003 (PREA). PREA is a Federal law established to address the elimination and prevention of sexual assault and rape in correctional institutions. If you have been the victim or witness of any sexual assault or sexual abuse, report it. You may notify any custody personnel, fill out a confidential Inmate Grievance Form, or call any of the following phone numbers:

**Los Angeles County Office of the Inspector General (OIG)**
(800) 801 – 0030
**National Sexual Assault Hotline**
(800) 656 -4673

## Medical or Mental Health Concerns

- If you feel you need to see a Mental Health worker, please contact any staff member right away.
- You may submit a confidential grievance for medical or mental health related concerns by placing the completed Los Angeles County Sheriff's Department Inmate Grievance Form into a white envelope available in your housing area.

## Racial or Identity Profiling Grievances

You may file a grievance regarding an incident of perceived racial or identity profiling, involving one or more of the following factors:

- Race or ethnicity
- Gender
- Age
- Sexual orientation
- Nationality
- Gender expression
- Religion
- Mental or physical disability

**BACK PART 3 (PINK COPY)**

**CONTINUED EXPLANATION OF THE ISSUE, INCIDENT, AND ACTION REQUESTED BY THE INMATE:**

THE ISSUE IN THIS INCIDENT WAS A SERIOUSE & DELIBRATE INDIFFERENCES VIOLATION THAT VIOLATES THE CONSTITUTION OF THE UNITED STATES OF AMERICA WHICH IS A FEDERAL OFFENCE AND ALSO VIOLATES MY SOVERTY AND COMPROMISE THE QUALITY OF HAVING STRONG MORALS & PRINCIPAL TO DO WHATS RIGHT IN THE EYES OF FAIRENESS. I REACH OUT TO A.C.L.U IN REGARD TO THIS AND MY U.C.C 42 1983 U.S.C WAS HI-JACK AND FILED. THE ADMINISTRATOR HAVE SEND MY FILER FEES AND OTHER CHECKS PERTAINING MY U.C.C AND YOUR DEPARTMENT ARE RESPONSIBLE FOR MAILING & RECIEVEING LEGAL MAIL WHICH LEAVES ME TO BELIEVE AND IT'S MORE PROBABLE THE SHERIFF DEPARTMENT MUST OF INTENTIONALLY DEPOSIT MY CHECKS IN THERE VAULT OR SPLIT ALL OF MY MONEY AMONGS YOUR SHERIFF DEPARTMENT ALONG AND COMMITTING KNOWIN FRAUDE!!! THAT SPELL TREASON IT IS MIND BOGOLYNE HOW THIS DEPARTMENT TAKE ADVANTAGE OF PEOPLE LIKE MYSELF A SAINT PRISONER AND MIS USE THE GOVERMENT OR COURTS FOR FRAUDULENT PURPOSED AND STEALING INMATES BRIEFCASE NUMBERS. I WANT MY MAIL OR NOTICE OF ALL MY CHECKS AND FINANCE YOUR DEPARTMENT IS WITHHOLDING AS SOON AS POSSIBLE !!! AND I WANT TO TAKE LEGAL FOR SUCH CRIME. I'M ASKING THAT THE FOLLOWING PEOPLE RESIGNE AND A INVESTIGATION BEING THAT I ALREADY FAIL VICTIM TO YOUR DEPARTMENT ON A NUMER BASES AND NOW YOU GUYS DO SUCH IN SOCIAL JUSTICE TO A SAINT PRISONER, I'M GOING TO RAISE HELL AND BRING THE MEDIA ATTENTION TO WHAT YALL DID !!! THATS TREASON !!

-------------------------------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE --------------------------------

**BRIEF SUMMARY OF INITIAL ACTIONS TAKEN:**

If an emergency disposition is not rendered at this time, please indicate an interim status below:

| INTERIM STATUS | |
|---|---|
| FORCE INVESTIGATION | REFERRED – COURT SERVICES |
| REF# | REFERRED – MEDICAL SERVICES |
| I.A.B INVESTIGATION | REFERRED – DMH |
| I.C.I.B INVESTIGATION | REFERRED – OTHER |
| LATE INVESTIGATION - ONGOING | REFERRED – OTHER AGENCY / ENTITY / STATION |
| REFERRED – CHAPLAIN | UNIT LEVEL INVESTIGATION |

*Full disposition or interim status shall be entered in the Custody Automated Report Tracking System (CARTS).

| APPROVED BY WATCH COMMANDER | DATE | UNIT INMATE GRIEVANCE COORDINATOR REVIEW | DATE |
|---|---|---|---|
| Grievances marked as an "emergency" shall be approved by the watch commander and reviewed by the unit inmate grievance coordinator. | | Unit Commander Notification Made? ☐ YES OR ☐ NO (Notification Only As Needed Per CDM 8-03/010.00) | |

**BACK PART 1 (WHITE COPY)**

**D. CLAIMS***

The following civil right has been violated:

THIS HERE IS ANOTHER DECLARATION FOR COURT ADMINISTRATION PURPOSES AND I CERTIFY WITH FINGER TIP PRINT I'M HOLD ORIGINAL COPIE FOR PROOF VERIFICATION !!!

**CLAIM 1**

MY CIVIL RIGHT WAS VIOLATED FIRST OF ALL BECAUSE THE LITTLE COURTS ALOUDE A STRANGE PERSON TO ACT LIKE THE STRAWMAN TO ROBB ME OF MY MOORE CITIZENSHIP AND THAT PERSON IS NOT A LIMITED STATE CITIZEN I DEANDRE DANNY JONTE BARNES I AM THE VERY CORRECT STRAWMAN AND I CAN ASSURED YOU AM THE CORRECT PERSON OF THIS APPLICATION. I AM CURRENTLY INCARCERATED AND THE LOS ANGELES COUNTY SHERIFF BEEN STEALING MY LEGAL MAIL IN PARTNER WITH AGENTS FROM F.B.I BUREAS TO SABATIZED MY MOORE CITITENSHIP FROM UNDER ME BY USING GOVERMENT CONNECTS IN OUR COMMUNITY TO GET ME IN-CARCERATED WITH FALSE REPORTS USING WICKA A FORM BLACK MAGIC AND OTHER TECHNOLOGY LIKE 6FL & XFL BY THESE TECHNOLOGIES MAGOL IOS ARTIFICIAL INTELLIGENCE IN OUR JAIL FACILITIES AND OUR HOMES AND AROUND OUR COMMUNITIES TO TRY TO DRIVE US CRAZY TO PLACE PEOPLE LIKE MYSELF IN MENTAL HEALTH FACILITIES VIOLATE MY DUE PROCESS RIGHT TO A FARE OR EVEN COURT PROCEEDING IN SANCTIONARY CITY WHERE THIS GOVERMENT OFFICIAL NOT LICENSE OR BONDED TO CONDUCT BUSINESS IN A SANCTINARY CITY THIS VIOLATE MY 11 ADMENDMENT 14TH ADMENDMENT 8TH ADMENDMENT 9TH ADMENDMENT AND MARSEY LAW HUMAN RIGHTS

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without WHICH THAN AND NOW THEY VIOLATED MY VICTIM RIGHTS AGAIN AND AGAIN.
citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each

DEFENDANT (by name) did to violate your right.

The cause mental anguish they compromised my liberty by was of entrapment by local law enforcement and a kangaroo court department 21 lancaster court on a attempted Robbery that didnt happend and myself never attempted to or took anything basically recovered nothing from the person that help set me up to wrong-fully incarcerated by David Noyola and some lying rotten apples and a curruptible court system in Lancaster to robb me for everything and my U.C.C the opportunity to rightiousely claim my moors IDENTITY which they now trying to pertrait the strawman & steal my brief case number and box or vault by being fraudulent and useing goverment connection and stealing brief number from my prison prior HARDSHIP INCIDENT and steal my legal mail from L.A. County Jail

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

AFTER A EXTENDED BATTLE IN COURT WITH LANCASTER MUNICIPAL COURT DEPARTMENT 21 EMILY J. COLE DELIBERATE INDIFFERENCES VICTIM OF A SEXUAL ASSAULT THE COURT DIDNT DO ENOUGH TO PROTECT ME FROM THE DEFENDANTS WHO CAUSE ME SO MUCH GRIEF, ALOT OF PAIN, LOSS OF WAGES, FROM THE FOLLOWING REAL ESTATES START UP'S MINERAL OIL, LAND, STOCKS, BONDS, COMMERCIAL & NON-COMMERCIAL, INVENTION ANNUITTY, RESTRICTED~NON RESTRICTED OTHER INVESTMENT DONE IN OUR HOMELAND~AND OVER SEAS AND BRIEF CASES AND Uniform Commercial Code ~ CHECKS THAT EMILY J. COLE, PEOPLE AND CLASSIFIED INFORMANTS & GOVERMENT SUCH AS A SGT. CHAVES FROM LATTCF, MAX VIANA, DAVID NOYOLA, RAYMOND KENNY LABORIEL, KIYONIE NICOLE DAVIS, ZENIDA LABORIEL NALDIE, ARGELIA COLON, JEFF BEZOS KIM KARDASHIANE, ALAN BARNES, JOSE MARTINEZ, JUNIOR LARRY BARNES, MARIA BARNES, LARRY ALAN BARNES MICHELL BARNES RAQUELL BARNES, DESTINY M. CIARA LORII CIARA ARIN WATLEY VIANA ARIEL VIANA GRACE VIANA, ETHAN VIANA, DEANTHANIA BELL VIANA, BLU-COCA MICHEAL WATLEY, SHERMAINE WILFFREY JOSHUA VIANA, KENNIA LABORIA, ZENIA LABORIE, MAX HUDSON, NEMIAH LABORIEL, CARMEN ACOSTA OTHER OFFICER FROM THE SHERIFF DEPARTMENT & MUNICIPAL COURT ANTONIA S.C NANCY SANTA MARIA GUILLEN SGT. PIMENTEL FROM LATTCF SGT BASEY FROM P.D.C, SGT. B. HAYHURST, LEE BACA, ALEX VIANUELLWA GOV. GAVIN NEWSOM, AND FLORA GUADALUPE ROSAS WHICH SHE USES MY LAST NAME FOR FRAUDE PURPOSES TO STEAL PROPERTY BRIEF CASES ANNUITTY AND GAIN IMMIGRATION STATUS WITHOUT MY CONSENT OR ANY KNOWLEGMENT BY CREATING FRAUDE INSTRUMENT & FALSE FINANCIAL STATEMENT TO BANKS INCORPORATION TO COMMIT GRAND THEFT WHILE BEING INCARCERATED INNOCENTLY UNDER FALSE PRETENSE BY LOCAL CURRUPTIBLE SHERIFF DEPARTMENT AND CONDUTING ALL SORTS OF TRANSACTION WITH OUT MY CONSENT OR EVEN STEALING PROPERTY TAXES AS WELL AS BUSINESS & HIDDING MY FINANCE IN L.L.C AND BANKS OVER SEAS LIKE DUELCH BANKS L.A COUNTY JAIL VAULT AND UNION STATION METROLINIC, AMTRAK TERMINAL ANNEX VAULT, I'M ASKING FOR THE FOLLOWING RELIFE THAT MY SOVERTY MY MOORS IDENTITY BE PRESERVE BY THIS THIRSTY GANGANIOUSE TYRANNY GOVERMENT I AM THE ORIGINAL PERSON OF THIS APPLICATION AS STATED DEANDRE DANNY JONTE BARNES I'M 46yrs OLD I WAS BORN IN CEDAR SINI HOSPITAL IN LOS ANGELES CALIFORNIA A UNITED STATE CITIZEN I STATED I HAVENT SOLD OR DONATED ANYTHING THATS WAS MENTION TO ANYBODY OR GAVE CONSENT TOO WHICH I CERTIFY FOLLOWED AND BACK UP WITH A AFA DAVIT SIGN BY OTHER DEPUTY AND SEEN ON CAMERA!!! ALSO I NEED RELIEF ON MY ANNUITY FOR THE FIRST EVER BREAKING THE INTERNET AND THESE GANGANIOUSE GOVERMENT OFFICIAL & CELIBRITY STOLE MY INVENTION ANNUITTY ALONG WITH OTHER BRIEF CASES MENTION ON THIS PAGE I'M ASKING FOR ALL MY CONPENSATION FOR PUTTING ME THRU HELL VIOLATING MY LIBERTY TO CAUSE HAVOC CONFUSION & HEALTH ISSUE TO PRESERVE MY MOORS IDENTITY SOVERTY & UNIFORM COMMERCIA CODE MINERAL OIL BRIEF CASES FROM THE UNITED STATES BANKS I.R.S SOCAL SECURED OWN NUMBER BUSINESS IN L.C TAXES AND EVERY THING THEY HAVE STOLEN THRU OUT MY LIFE TOO BY MY BIRTH CERTIFICATE...

8-29-23 _____ BK# 6559109 NEW

(Date)                    (Signature of Plaintiff)   6426721 OLD

FINALLY I'M ASKING THAT THE PEOPLE RESPONSIBLE TO BE FIRED AT ONCE AND THE MAXIUM IN A FEDERAL PRISON FOR HOW EVER THE PENALTY FINE CARRIES ON SUCH LARGE AMOUNT OF EMBIZZLEMENT MONEY LAUNDERING TO ROBB ME OF MY STRALONAN BRIEF CASES AND INHERITAGE PERTRAITING THE ORIGINAL PPLICANT OF THIS PETITIONER OF THIS 421983 U.C.C ALONG WITH FINE PENALTIES FOR RUINING MY LIFE UNREPABLE UREPABLE DAMAGES BY TRYING ALSO TO PAY ME WITH MY VERY OWN MONEY!!! 999,999,999,999,999,999,999 99,999,999,999 999,999,999 999 999,999,999,999 CIVIL RIGHTS COMPLAINT 999,999,999,999,999,999,999,999,999 19,999,999,999,999,999,999,999,999,999,999 x46 YEAR I DIDNT GET A CHANCE TO LIVE AND THEY ARE STILL ONTINUED ROBB ME OF MY INTEREST FISCHL ANNUITTY PERFXEUM EVERY SECOND LOSS WAGES 999,999,999,999 16 MORE YEARS LEFT ME OUT OF MY VERY OWN...